Fill in this information to identify your case:

United States Bankruptcy Court for the:

Eastern District of Virginia

Case number *(if known)* _____

Chapter you are filing under:
- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**FILED**

**2018 NOV 14  A 10: 26**

CLERK ☐ Check if this is an
US BANKRUPTCY amended filing
ALEXANDRIA DIVISION

## Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

12/17

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
|---|---|

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name**<br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | WILLIAM<br>First name<br>RASHIDU<br>Middle name<br>YATES<br>Last name<br>N/A<br>Suffix (Sr., Jr., II, III) | N/A<br>First name<br>N/A<br>Middle name<br>N/A<br>Last name<br>N/A<br>Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years**<br>Include your married or maiden names. | N/A<br>First name<br>N/A<br>Middle name<br>N/A<br>Last name<br><br>N/A<br>First name<br>N/A<br>Middle name<br>N/A<br>Last name | N/A<br>First name<br>N/A<br>Middle name<br>N/A<br>Last name<br><br>N/A<br>First name<br>N/A<br>Middle name<br>N/A<br>Last name |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx – xx – 9 1 3 8<br>OR<br>9 xx – xx – N / A | xxx – xx – N / A<br>OR<br>9 xx – xx – N / A |

Debtor 1    **WILLIAM    RASHIDU YATES**
First Name    Middle Name    Last Name

Case number (if known)_____

| About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|

**4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and *doing business as* names

☑ I have not used any business names or EINs.

N/A
Business name

N/A
Business name

N / _ A  __ __ __  __ __ __
EIN

N / _ A  __ __ __  __ __ __
EIN

☐ I have not used any business names or EINs.

N/A
Business name

N/A
Business name

N / _ A  __ __ __  __ __ __
EIN

N / _ A  __ __ __  __ __ __
EIN

**5. Where you live**

8236 STODDARD ROAD
Number    Street

MANASSAS    VA    20110
City    State    ZIP Code

PRINCE WILLIAM
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

N/A
Number    Street

N/A
P.O. Box

N/A
City    State    ZIP Code

If Debtor 2 lives at a different address:

N/A
Number    Street

N/A

N/A
City    State    ZIP Code

N/A
County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.

N/A
Number    Street

N/A
P.O. Box

N/A
City    State    ZIP Code

**6. Why you are choosing *this district* to file for bankruptcy**

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain.
(See 28 U.S.C. § 1408.)

N/A

N/A

N/A

N/A

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain.
(See 28 U.S.C. § 1408.)

N/A

N/A

N/A

N/A

| Debtor 1 | <u>WILLIAM    RASHIDU YATES</u> | | Case number (if known) _____ |
|---|---|---|---|
| | First Name    Middle Name    Last Name | | |

---

**Part 2:**   **Tell the Court About Your Bankruptcy Case**

---

7.  **The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

☑ Chapter 7

☐ Chapter 11

☐ Chapter 12

☐ Chapter 13

8.  **How you will pay the fee**

☐ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☑ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

9.  **Have you filed for bankruptcy within the last 8 years?**

☑ No.

☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | N/A | N/A | N/A |
| | | MM / DD / YYYY | |
| | N/A | N/A | N/A |
| | | MM / DD / YYYY | |
| | N/A | N/A | N/A |
| | | MM / DD / YYYY | |

10. **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No.

☐ Yes.

| | Debtor | | Relationship to you |
|---|---|---|---|
| | N/A | | N/A |
| | District | When | Case number if known |
| | N/A | N/A | N/A |
| | | MM / DD / YYYY | |
| | Debtor | | Relationship to you |
| | N/A | | N/A |
| | District | When | Case number, if known |
| | N/A | N/A | N/A |
| | | MM / DD / YYYY | |

11. **Do you rent your residence?**

☑ No.   Go to line 12.

☐ Yes.   Has your landlord obtained an eviction judgment against you?

☐ No. Go to line 12.

☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

---

Debtor 1    WILLIAM    RASHIDU YATES

First Name    Middle Name    Last Name

Case number (if known)_____

---

**Part 3:    Report About Any Businesses You Own as a Sole Proprietor**

12. **Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ No. Go to Part 4.

☐ Yes. Name and location of business

N/A
Name of business, if any

N/A
Number    Street

N/A

N/A
City                              State        ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

13. **Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☑ No. I am not filing under Chapter 11.

☐ No. I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes. I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

---

**Part 4:    Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention**

14. **Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No

☐ Yes.    What is the hazard?    N/A

N/A

If immediate attention is needed, why is it needed?  N/A

N/A

Where is the property?  N/A
Number        Street

N/A

N/A
City                              State        ZIP Code

---

Debtor 1   WILLIAM   RASHIDU YATES                                        Case number *(if known)*_____
           First Name    Middle Name    Last Name

| **Part 5:** | **Explain Your Efforts to Receive a Briefing About Credit Counseling** |

15. **Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1    **WILLIAM    RASHIDU YATES**                                    Case number *(if known)*_____
First Name    Middle Name    Last Name

| Part 6: | Answer These Questions for Reporting Purposes |
|---|---|

16. **What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.
☑ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☑ No. Go to line 16c.
☐ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts.
N/A

17. **Are you filing under Chapter 7?**

☐ No. I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☑ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☑ No
☐ Yes

18. **How many creditors do you estimate that you owe?**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

19. **How much do you estimate your assets to be worth?**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☑ $500,001-$1 million
☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

20. **How much do you estimate your liabilities to be?**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☑ $500,001-$1 million
☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

| Part 7: | Sign Below |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11, 12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**✗** William Rashidu Yates  *(signature)*          **✗** N/A
Signature of Debtor 1                                Signature of Debtor 2

Executed on 11/14/2018                              Executed on _____
MM / DD /YYYY                                        MM / DD /YYYY

Debtor 1    <u>WILLIAM    RASHIDU YATES</u>      Case number *(if known)* _____
First Name    Middle Name    Last Name

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**✖ N/A** _____    Date _____
Signature of Attorney for Debtor        MM  /  DD  / YYYY

N/A _____
Printed name

N/A _____
Firm name

N/A _____
Number    Street

N/A _____

N/A _____
City                 State    ZIP Code

Contact phone _____    Email address N/A _____

Bar number _____      State

| Debtor 1 | WILLIAM | RASHIDU YATES | | Case number *(if known)* |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**For you if you are filing this bankruptcy without an attorney**

**If you are represented by an attorney, you do not need to file this page.**

The law allows you, as an individual, to represent yourself in bankruptcy court, but **you should understand that many people find it extremely difficult to represent themselves successfully. Because bankruptcy has long-term financial and legal consequences, you are strongly urged to hire a qualified attorney.**

To be successful, you must correctly file and handle your bankruptcy case. The rules are very technical, and a mistake or inaction may affect your rights. For example, your case may be dismissed because you did not file a required document, pay a fee on time, attend a meeting or hearing, or cooperate with the court, case trustee, U.S. trustee, bankruptcy administrator, or audit firm if your case is selected for audit. If that happens, you could lose your right to file another case, or you may lose protections, including the benefit of the automatic stay.

You must list all your property and debts in the schedules that you are required to file with the court. Even if you plan to pay a particular debt outside of your bankruptcy, you must list that debt in your schedules. If you do not list a debt, the debt may not be discharged. If you do not list property or properly claim it as exempt, you may not be able to keep the property. The judge can also deny you a discharge of all your debts if you do something dishonest in your bankruptcy case, such as destroying or hiding property, falsifying records, or lying. Individual bankruptcy cases are randomly audited to determine if debtors have been accurate, truthful, and complete. **Bankruptcy fraud is a serious crime; you could be fined and imprisoned.**

If you decide to file without an attorney, the court expects you to follow the rules as if you had hired an attorney. The court will not treat you differently because you are filing for yourself. To be successful, you must be familiar with the United States Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the local rules of the court in which your case is filed. You must also be familiar with any state exemption laws that apply.

Are you aware that filing for bankruptcy is a serious action with long-term financial and legal consequences?

☐ No
☑ Yes

Are you aware that bankruptcy fraud is a serious crime and that if your bankruptcy forms are inaccurate or incomplete, you could be fined or imprisoned?

☐ No
☑ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out your bankruptcy forms?

☑ No
☐ Yes. Name of Person Prepared by Debtor with wife's help _____
Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

By signing here, I acknowledge that I understand the risks involved in filing without an attorney. I have read and understood this notice, and I am aware that filing a bankruptcy case without an attorney may cause me to lose my rights or property if I do not properly handle the case.

| ✗ William Rashidu Yates *(signature)* | ✗ N/A |
|---|---|
| Signature of Debtor 1 | Signature of Debtor 2 |
| Date 11/14/2018 | Date |
| MM / DD / YYYY | MM / DD / YYYY |
| Contact phone (703) 361-7113 | Contact phone |
| Cell phone (571) 432-8919 | Cell phone |
| Email address wryates@hotmail.com | Email address N/A |

Fill in this information to identify your case:

| Debtor 1 | WILLIAM | RASHIDU | YATES |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | N/A | | |
| (Spouse  if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:  Eastern District of Virginia

Case number _____
(If known)

☐ Check if this is an amended filing

## Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information     12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:    Summarize Your Assets

**Your assets**
Value of what you own

1. *Schedule A/B: Property* (Official Form 106A/B)
   1a. Copy line 55, Total real estate  from *Schedule A/B* ...............................     $ 450,000.00

   1b. Copy line 62, Total personal property, from *Schedule A/B* ......................     $ 905,245.00

   1c. Copy line 63, Total of all property on *Schedule A/B* ..............................     $ 1,355,245.00

### Part 2:    Summarize Your Liabilities

**Your liabilities**
Amount you owe

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
   2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D* ...........     $ 586,384.00

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F* ...............................     $ 450,000.00

   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F* .......................     + $ 9,000.00

   **Your total liabilities**     $ 1,045,000.00

### Part 3:    Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)
   Copy your combined monthly income from line 12 of *Schedule I* ...............................     $ 3,775.73

5. *Schedule J: Your Expenses* (Official Form 106J)
   Copy your monthly expenses from line 22c of *Schedule J* ...............................     $ 6,454.00

| Debtor 1 | WILLIAM | RASHIDU | YATES | Case number *(if known)*_____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

---

**Part 4:**   **Answer These Questions for Administrative and Statistical Records**

6   **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

☑ Yes

7.   **What kind of debt do you have?**

☑ Your debts are primarily consumer debts. *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☐ Your debts are not primarily consumer debts. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8.   From the *Statement of Your Current Monthly Income*. Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$ 6,160.67

9.   **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F:***

                                                                                              **Total claim**

**From Part 4 on *Schedule E/F*, copy the following:**

9a. Domestic support obligations (Copy line 6a.)                                    $ 4,835.00

9b. Taxes and certain other debts you owe the government. (Copy line 6b.)          $ 0.00

9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) $ 0.00

9d. Student loans. (Copy line 6f.)                                                  $ 103,049.00

9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.)   $ 0.00

9f Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.)   + $ 0.00

9g **Total.** Add lines 9a through 9f                                               $ 107,884.00

**Fill in this information to identify your case and this filing:**

| | | |
|---|---|---|
| Debtor 1 | WILLIAM    RASHIDU    YATES | |
| | First Name    Middle Name    Last Name | |
| Debtor 2 | N/A | |
| (Spouse, if filing) First Name    Middle Name    Last Name | | |

United States Bankruptcy Court for the: Eastern District of Virginia

Case number _____

☐ Check if this is an
amended filing

## Official Form 106A/B

# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**    **Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☐ No. Go to Part 2.
   ☑ Yes  Where is the property?

**1.1**    8236 Stoddard Drive
Street address, if available, or other description

_____

Manassas    VA    20110
City        State    ZIP Code

Manassas City/Prince William Coun
County

**What is the property?** Check all that apply.
☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

**Other information you wish to add about this item, such as local
property identification number:** _____

Do not deduct secured claims or exemptions. Put
the amount of any secured claims on *Schedule D:
Creditors Who Have Claims Secured by Property.*

**Current value of the**    **Current value of the**
**entire property?**    **portion you own?**
$    450,000.00    $    450,000.00

**Describe the nature of your ownership
interest (such as fee simple, tenancy by
the entireties, or a life estate), if known.**

☐ **Check if this is community property**
(see instructions)

If you own or have more than one, list here:

**1.2**    N/A
Street address, if available, or other description

N/A

N/A
City        State    ZIP Code

N/A
County

**What is the property?** Check all that apply
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local
property identification number:** _____

Do not deduct secured claims or exemptions. Put
the amount of any secured claims on *Schedule D:
Creditors Who Have Claims Secured by Property.*

**Current value of the**    **Current value of the**
**entire property?**    **portion you own?**
$ _____    $ _____

**Describe the nature of your ownership
interest (such as fee simple, tenancy by
the entireties, or a life estate), if known.**

☐ **Check if this is community property**
(see instructions)

Debtor 1    WILLIAM    RASHIDU    YATES

First Name    Middle Name    Last Name    Case number (if known)_____

---

1.3.    **N/A**

Street address, if available, or other description

**N/A**

**N/A**

City                            State    ZIP Code

**N/A**

County

**What is the property?** Check all that apply.

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local
property identification number: _____

Do not deduct secured claims or exemptions. Put
the amount of any secured claims on *Schedule D:
Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
| --- | --- |
| $_____ | $_____ |

**Describe the nature of your ownership
interest (such as fee simple, tenancy by
the entireties, or a life estate), if known.**

☐ **Check if this is community property**
(see instructions)

---

2    **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages
you have attached for Part 1. Write that number here.** ..................................................➔

$    **450,000.00**

---

## Part 2:    Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles
you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3.    **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☑ Yes

3.1    Make:    **Toyota**

Model:    **Highlander**

Year:    **2007**

Approximate mileage:    _____

Other information:

Location 8236 Stoddard Drive
Manassas VA 20110

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see
instructions)

Do not deduct secured claims or exemptions. Put
the amount of any secured claims on *Schedule D:
Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
| --- | --- |
| $    9,000.00 | $    1,500.00 |

If you own or have more than one, describe here:

3.2    Make:    **N/A**

Model:    **N/A**

Year:    **N/A**

Approximate mileage:    **N/A**

Other information:

**N/A**

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see
instructions)

Do not deduct secured claims or exemptions. Put
the amount of any secured claims on *Schedule D:
Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
| --- | --- |
| $_____ | $_____ |

---

Debtor 1    WILLIAM    RASHIDU    YATES                          Case number *(if known)*_____
            First Name    Middle Name    Last Name

| 3.3. | Make: | N/A | **Who has an interest in the property?** Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|

3.3.  Make:    N/A
      Model:   N/A
      Year:    N/A
      Approximate mileage: N/A
      Other information:
      N/A

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?     Current value of the portion you own?

$_____      $_____

3.4.  Make:    N/A
      Model:   N/A
      Year:    N/A
      Approximate mileage: N/A
      Other information:
      N/A

**Who has an interest in the property?** Check one
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?     Current value of the portion you own?

$_____      $_____

4.  **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
    *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☑ No
☐ Yes

4.1.  Make:    N/A
      Model:   N/A
      Year:    N/A
      Other information:
      N/A

**Who has an interest in the property?** Check one
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?     Current value of the portion you own?

$_____      $_____

If you own or have more than one, list here.

4.2.  Make:    N/A
      Model:   N/A
      Year:    N/A
      Other information:
      N/A

**Who has an interest in the property?** Check one
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?     Current value of the portion you own?

$_____      $_____

5.  **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here** ................................................ →    $    1,500.00

Debtor 1   WILLIAM     RASHIDU     YATES
           First Name   Middle Name   Last Name          Case number (if known)_____

| **Part 3:** | **Describe Your Personal and Household Items** |

**Do you own or have any legal or equitable interest in any of the following items?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

6  Household goods and furnishings
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ☑ Yes. Describe......... Dining set, Microwave, Sofas, Lamps, Living Room Furniture, TV, Appliances        $            2,500.00

7. Electronics
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ☑ Yes. Describe........... Camera        $             100.00

8  Collectibles of value
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ☑ No
   ☐ Yes. Describe........... N/A        $               0.00

9  Equipment for sports and hobbies
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ☐ No
   ☑ Yes. Describe........... Tred Mill        $             100.00

10. Firearms
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ☑ No
    ☐ Yes. Describe........... N/A        $               0.00

11 Clothes
   *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
   ☐ No
   ☑ Yes. Describe........ Personal clothings        $             600.00

12. Jewelry
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ☑ Yes. Describe......... Ring        $              75.00

13. Non-farm animals
    *Examples:* Dogs, cats, birds, horses
    ☐ No
    ☑ Yes. Describe........... Dog        $             200.00

14 Any other personal and household items you did not already list, including any health aids you did not list
    ☐ No
    ☐ Yes. Give specific information. .............. Books, Pictures        $             100.00

15 Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here .................   →   $          3,725.00

Debtor 1    WILLIAM    RASHIDU    YATES
　　　　　First Name    Middle Name    Last Name    Case number *(if known)*_____

---

| Part 4: | Describe Your Financial Assets |
|---|---|

Do you own or have any legal or equitable interest in any of the following?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

16. **Cash**
Examples: Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☑ No
☐ Yes ......................................................................................................    Cash ............    $_____0.00

17 **Deposits of money**
Examples: Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
☑ Yes .....................    Institution name:

| | | |
|---|---|---|
| 17.1. Checking account: | _____ | $_____0.00 |
| 17.2. Checking account: | _____ | $_____ |
| 17.3. Savings account: | _____ | $_____ |
| 17.4. Savings account: | _____ | $_____ |
| 17.5. Certificates of deposit: | _____ | $_____ |
| 17.6 Other financial account: | _____ | $_____ |
| 17.7. Other financial account: | _____ | $_____ |
| 17.8 Other financial account: | _____ | $_____ |
| 17.9. Other financial account: | _____ | $_____ |

18 **Bonds, mutual funds, or publicly traded stocks**
Examples: Bond funds, investment accounts with brokerage firms, money market accounts

☑ No
☐ Yes ..............    Institution or issuer name:

| | |
|---|---|
| N/A | $_____0.00 |
| N/A | $_____0.00 |
| N/A | $_____0.00 |

19 **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☑ No
☐ Yes. Give specific information about them ................

| Name of entity: | % of ownership: | |
|---|---|---|
| N/A | 0% % | $_____0.00 |
| N/A | 0% % | $_____0.00 |
| N/A | 0% % | $_____0.00 |

Debtor 1      WILLIAM      RASHIDU      YATES
          First Name    Middle Name    Last Name                          Case number (if known)_____

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

   *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
   *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

   ☑ No
   ☐ Yes. Give specific
      information about          Issuer name:
      them ................      N/A                                                          $_____0.00
                                 N/A                                                          $_____0.00
                                 N/A                                                          $_____0.00

21. **Retirement or pension accounts**

   *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

   ☑ No
   ☐ Yes. List each           Type of account:        Institution name:
      account separately.
                              401(k) or similar plan:  N/A                                    $_____0.00
                              Pension plan:            N/A                                    $_____0.00
                              IRA:                     N/A                                    $_____0.00
                              Retirement account:      N/A                                    $_____0.00
                              Keogh:                   N/A                                    $_____0.00
                              Additional account:      N/A                                    $_____0.00
                              Additional account:      N/A                                    $_____0.00

22. **Security deposits and prepayments**

   Your share of all unused deposits you have made so that you may continue service or use from a company
   *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications
   companies, or others

   ☑ No
   ☐ Yes ..................
                                                       Institution name or individual:
                              Electric:                N/A                                    $_____0.00
                              Gas:                     N/A                                    $_____0.00
                              Heating oil:             N/A                                    $_____0.00
                              Security deposit on rental unit: N/A                            $_____0.00
                              Prepaid rent:            N/A                                    $_____0.00
                              Telephone:               N/A                                    $_____0.00
                              Water:                   N/A                                    $_____0.00
                              Rented furniture:        N/A                                    $_____0.00
                              Other:                   N/A                                    $_____0.00

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

   ☑ No
   ☐ Yes ................     Issuer name and description:
                              N/A                                                             $_____0.00
                              N/A                                                             $_____0.00
                              N/A                                                             $_____0.00

Debtor 1   WILLIAM   RASHIDU   YATES

First Name   Middle Name   Last Name

Case number (if known)_____

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No

☐ Yes . . . . . . . . . . . . . . . . . . .   Institution name and description. Separately file the records of any interests. 11 U.S.C. § 521(c):

| | |
|---|---|
| N/A | $_____ 0.00 |
| 0.00 | $_____ 0.00 |
| N/A | $_____ 0.00 |

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No

☐ Yes. Give specific   N/A
information about them..

$_____ 0.00

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples*: Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No

☐ Yes. Give specific   N/A
information about them..

$_____ 0.00

27. **Licenses, franchises, and other general intangibles**
*Examples*: Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No

☐ Yes. Give specific   N/A
information about them..

$_____ 0.00

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

28. **Tax refunds owed to you**

☐ No

☑ Yes. Give specific information about them, including whether you already filed the returns and the tax years. . . . . . . . . . . . . .   Federal & State joint with wife

| | | |
|---|---|---|
| Federal: | $ | 10.00 |
| State: | $ | 10.00 |
| Local: | $ | 0.00 |

29. **Family support**
*Examples*: Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☐ No

☑ Yes. Give specific information. . . . . . . . . .   Child Support Virginia past due due to unemployment $ 4,835.00

| | |
|---|---|
| Alimony: | $_____ |
| Maintenance: | $_____ |
| Support: | $_____ |
| Divorce settlement: | $_____ |
| Property settlement: | $_____ |

30. **Other amounts someone owes you**
*Examples*: Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits, unpaid loans you made to someone else

☑ No

☐ Yes. Give specific information. . . . . . . . . . . . .   N/A

$_____ 0.00

Deptor 1    WILLIAM    RASHIDU    YATES
First Name    Middle Name    Last Name    Case number (if known)_____

31. **Interests in insurance policies**
    *Examples: Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance*

    ☑ No
    ☐ Yes. Name the insurance company
    of each policy and list its value.

| | Company name: | Beneficiary: | Surrender or refund value |
|---|---|---|---|
| | N/A | | $ 0.00 |
| | N/A | | $ 0.00 |
| | N/A | | $ 0.00 |

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

    ☑ No
    ☐ Yes. Give specific information. ........  N/A
    $ 0.00

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples: Accidents, employment disputes, insurance claims, or rights to sue*

    ☐ No
    ☑ Yes. Describe each claim. . . . . . . . .    Claims of forgery, mortgage fraud, misrepresentation, contract clai   $ 450,000.00

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

    ☐ No
    ☑ Yes. Describe each claim. ........    Claims of forgery, mortgage fraud, misrepresentation, contract clai   $ 450,000.00

35. **Any financial assets you did not already list**

    ☑ No
    ☐ Yes. Give specific information. ........
    $ 0.00

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here** .......................................................................➔   $ 900,020.00

---

**Part 5:    Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.**

37. **Do you own or have any legal or equitable interest in any business-related property?**
    ☑ No. Go to Part 6.
    ☐ Yes. Go to line 38.

    Current value of the
    portion you own?
    Do not deduct secured claims
    or exemptions.

38. **Accounts receivable or commissions you already earned**
    ☑ No
    ☐ Yes. Describe........    N/A
    $ 0.00

39. **Office equipment, furnishings, and supplies**
    *Examples: Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices*
    ☑ No
    ☐ Yes. Describe........    N/A
    $ 0.00

Debtor 1    WILLIAM    RASHIDU    OYES    Case number (if known)_____

First Name    Middle Name    Last Name

40. Machinery, fixtures, equipment, supplies you use in business, and tools of your trade
- ☑ No
- ☐ Yes. Describe    N/A                                                                $_____0.00

41. Inventory
- ☑ No
- ☐ Yes. Describe    N/A                                                                $_____0.00

42. Interests in partnerships or joint ventures
- ☑ No
- ☐ Yes. Describe.....

| Name of entity: | % of ownership: | |
|---|---|---|
| N/A | _____% | $_____0.00 |
| N/A | _____% | $_____0.00 |
| N/A | _____% | $_____0.00 |

43. Customer lists, mailing lists, or other compilations
- ☑ No
- ☐ Yes. Do your lists include personally identifiable information (as defined in 11 U.S.C. § 101(41A))?
  - ☐ No
  - ☐ Yes. Describe.....    N/A                                                        $_____0.00

44. Any business-related property you did not already list
- ☑ No
- ☐ Yes. Give specific    N/A                                                          $_____0.00
  information .....    N/A                                                            $_____0.00
                        N/A                                                            $_____0.00
                        N/A                                                            $_____0.00
                        N/A                                                            $_____0.00
                        N/A                                                            $_____0.00

45. Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached
for Part 5. Write that number here ..................................................... →    $_____0.00

**Part 6:    Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
If you own or have an interest in farmland, list it in Part 1.

46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?
- ☑ No. Go to Part 7.
- ☐ Yes. Go to line 47.

Current value of the
portion you own?
Do not deduct secured claims
or exemptions.

47. Farm animals
Examples: Livestock, poultry, farm-raised fish
- ☑ No
- ☐ Yes .....    N/A                                                                   $_____0.00

Debtor 1    WILLIAM    RASHIDU    YATES
           First Name    Middle Name    Last Name        Case number *(if known)*_____

48. **Crops—either growing or harvested**
☑ No
☐ Yes. Give specific
information .........    N/A                                                    $_____0.00

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**
☑ No
☐ Yes ....
                    N/A                                                         $_____0.00

50. **Farm and fishing supplies, chemicals, and feed**
☑ No
☐ Yes
                    N/A                                                         $_____0.00

51. **Any farm- and commercial fishing-related property you did not already list**
☑ No
☐ Yes. Give specific
information..    N/A                                                           $_____0.00

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached
for Part 6. Write that number here** .................................... ➔    $_____0.00

---

**Part 7:    Describe All Property You Own or Have an Interest in That You Did Not List Above**

53. **Do you have other property of any kind you did not already list?**
*Examples* Season tickets, country club membership
☑ No
☐ Yes. Give specific    N/A                                                     $_____0.00
information.........                                                            $_____0.00
                                                                               $_____0.00

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ................ ➔    $_____0.00

---

**Part 8:    List the Totals of Each Part of this Form**

55. Part 1: Total real estate, line 2 ............................................................ ➔    $    450,000.00

56. Part 2: Total vehicles, line 5        $    1,500.00

57. Part 3: Total personal and household items, line 15        $    3,725.00

58. Part 4: Total financial assets, line 36        $    900,020.00

59. Part 5: Total business-related property, line 45        $    0.00

60. Part 6: Total farm- and fishing-related property, line 52        $    0.00

61. Part 7: Total other property not listed, line 54        + $    0.00

62. **Total personal property.** Add lines 56 through 61. ....................    $    905,245.00    Copy personal property total ➔ + $    905,245.00

63. **Total of all property on Schedule A/B.** Add line 55 + line 62. ......................................    $    1,355,245.00

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | WILLIAM | RASHIDU | YATES |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Eastern District of Virginia

Case number
(If known) _____

☐ Check if this is an
amended filing

## Official Form 106C
# Schedule C: The Property You Claim as Exempt                    04/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

### Part 1:   Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: 8236 Stoddard Dr<br>Line from *Schedule A/B*: 1.1 | $450,000.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Va. Code Ann. § 34-4<br>Tennant to be the entirity |
| Brief description: 2007 Toyota Highlan<br>Line from *Schedule A/B*: 3.1 | $1,500.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Va. Code Ann. § 34-26(8) |
| Brief description: House Hold items<br>Line from *Schedule A/B*: 6 | $2,500.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Va. Code Ann. § 34-26(4a) |

3. **Are you claiming a homestead exemption of more than $160,375?**

   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☐ No
   ☑ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

   ☐ No
   ☑ Yes

| Debtor 1 | WILLIAM | RASHIDU | YATES | Case number (if known)_____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| Part 2: | Additional Page |
|---|---|

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br><br>Copy the value from Schedule A/B | Amount of the exemption you claim<br><br>Check only one box for each exemption | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: Camera<br>Line from Schedule A/B: 7 | $ 100.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Va. Code Ann. § 34-4 <br>_____ |
| Brief description: Trede Mill/Exercise<br>Line from Schedule A/B: 9 | $ 100.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Va. Code Ann. § 34-4 <br>_____ |
| Brief description: Personal Clothings<br>Line from Schedule A/B: 11 | $ 600.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Va. Code Ann. § 34-26(4) <br>_____ |
| Brief description: Ring<br>Line from Schedule A/B: 12 | $ 75.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Va. Code Ann. § 34-26(4) <br>_____ |
| Brief description: Dog<br>Line from Schedule A/B: 13 | $ 200.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Va. Code Ann. § 34-26(5) <br>_____ |
| Brief description: Books/Pictures<br>Line from Schedule A/B: 14 | $ 100.00 | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | Va. Code Ann. § 34-4 <br>_____ |
| Brief description: Cash on hand<br>Line from Schedule A/B: 16 | $ 0.00 | ☑ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | Va. Code Ann. § 34-4 <br>_____ |
| Brief description: Cash in Bank<br>Line from Schedule A/B: 17 | $ _____ | ☑ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | Va. Code Ann. § 34-4 <br>_____ |
| Brief description: Federal/State Refun<br>Line from Schedule A/B: 28 | $ 20.00 | ☑ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | Va. Code Ann. § 34-4 <br>_____ |
| Brief description: Claims of forgery<br>Line from Schedule A/B: 33 | $ 450,000.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Va. Code Ann. § 34-4 <br>_____ |
| Brief description: contingent and unliq<br>Line from Schedule A/B: 34 | $ 450,000.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Va. Code Ann. § 34-4 <br>_____ |
| Brief description: _____<br>Line from Schedule A/B: _____ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | |

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | WILLIAM | RASHIDU | YATES |
| | First Name | Middle Name | Last Name |
| Debtor 2 | N/A | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Eastern District of Virginia

Case number
(If known)

☐ Check if this is an
amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

## Part 1:    List All Secured Claims

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim | Column C<br>Unsecured<br>portion<br>If any |
|---|---|---|---|

**2.1** Undisclosed C/O M&T Bank
Creditor's Name

Number        Street
PO BOX 64112

Baltimore          M    21284
City            State    ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim relates to a community debt
Date debt was incurred

**Describe the property that secures the claim:**
8236 Stoddard Dr. Manassas VA 20110

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Nature of lien** Check all that apply
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset) Rescission

**Last 4 digits of account number** X   X   X   X

$ 74,022.00    $ 450,000.00    $ 74,022.00

**2.2** Undisclosed C/O Nationstar
Creditor's Name

Number        Street
PO Box 650783

Dallas          TX    75285
City            State    ZIP Code

**Who owes the debt?** Check one
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim relates to a community debt
Date debt was incurred

**Describe the property that secures the claim:**
8236 Stoddard Dr. Manassas VA 20110

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

**Nature of lien** Check all that apply
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset) Rescission/forgr

**Last 4 digits of account number** 7   9   4   8

$ 450,000.00    $ 450,000.00    $ 450,000.0

Add the dollar value of your entries in Column A on this page. Write that number here:    $ 524,022.00

| Debtor 1 | WILLIAM | RASHIDU | YATES | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| **Part 1:** | **Additional Page**<br>After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

**2.3** Wells Fargo Dealer Services

Creditor's Name

| Number | Street |
|---|---|

PO Box 25341

| Santa Ana | CA | 92799 |
|---|---|---|
| City | State | ZIP Code |

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

Date debt was incurred _____

**Describe the property that secures the claim:**   $ 11,000.00   $ 3,000.00   $ 8,000.00

2007 Toyota Highlander, location 8236 Stoddard Dr. Manassas VA 20110

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☑ Other (including a right to offset) Auto loan

Last 4 digits of account number ___ ___ ___ ___

---

**2.5** US Dept of Education

Creditor's Name

| Number | Street |
|---|---|

PO BOX 5609

| GREENVILLE | TX | 75403 |
|---|---|---|
| City | State | ZIP Code |

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

Date debt was incurred _____

**Describe the property that secures the claim:**   $ 27,201.00   $ _____   $ _____

Student Loan

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☑ Other (including a right to offset) Incorrect Accout

Last 4 digits of account number  1 3 2 9

---

**2.5** US Dept of Education

Creditor's Name

| Number | Street |
|---|---|

PO BOX 5609

| GREENVILLE | TX | 75403 |
|---|---|---|
| City | State | ZIP Code |

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

Date debt was incurred _____

**Describe the property that secures the claim:**   $ 24,161.00   $ _____   $ _____

Student Loan

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Nature of lien.** Check all that apply
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☑ Other (including a right to offset) incorrect accoun

Last 4 digits of account number  1 3 2 9

---

Add the dollar value of your entries in Column A on this page. Write that number here:   $ 62,362.00

If this is the last page of your form, add the dollar value totals from all pages. Write that number here:   $ 586,384.00

| Debtor 1 | WILLIAM | RASHIDU | YATES | Case number (if known) _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Part 2:   List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

On which line in Part 1 did you enter the creditor? _____

Name

Last 4 digits of account number ___ ___ ___ ___

Number      Street

City                          State        ZIP Code

On which line in Part 1 did you enter the creditor? _____

Name

Last 4 digits of account number ___ ___ ___ ___

Number      Street

City                          State        ZIP Code

On which line in Part 1 did you enter the creditor? _____

Name

Last 4 digits of account number ___ ___ ___ ___

Number      Street

City                          State        ZIP Code

On which line in Part 1 did you enter the creditor? _____

Name

Last 4 digits of account number  X   X   X   X

Number      Street

City                          State        ZIP Code

On which line in Part 1 did you enter the creditor? _____

Name

Last 4 digits of account number ___ ___ ___ ___

Number      Street

City                          State        ZIP Code

On which line in Part 1 did you enter the creditor? _____

Name

Last 4 digits of account number ___ ___ ___ ___

Number      Street

City                          State        ZIP Code

Official Form 106D          Part 2 of Schedule D: Creditors Who Have Claims Secured by Property

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | WILLIAM | RASHIDU | YATES |
| | First Name | Middle Name | Last Name |
| Debtor 2 | N/A | | |
| (Spouse if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Eastern District of Virginia

Case number
(if known)

☐ Check if this is an
amended filing

## Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule
A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any
creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property*. If more space is
needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of
any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ☑ No. Go to Part 2.
   ☐ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For
   each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and
   nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority
   unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

**2.1**

Priority Creditor's Name

Number          Street

City                    State     ZIP Code

**Who incurred the debt?** Check one
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___        $_____  $_____  $_____

**When was the debt incurred?**      _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**2.2**

Priority Creditor's Name

Number          Street

City                    State     ZIP Code

**Who incurred the debt?** Check one
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___        $_____  $_____  $_____

**When was the debt incurred?**      _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

Debtor 1    WILLIAM            RASHIDU       MATEO
            First Name    Middle Name    Last Name

Case number *(if known)*_____

| **Part 1:** | **Your PRIORITY Unsecured Claims — Continuation Page** |

After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.

|  | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|

☐

_____
Priority Creditor's Name

_____    _____
Number         Street

_____

_____    _____    _____
City            State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___      $_____   $_____   $_____

**When was the debt incurred?**      _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

---

☐

_____
Priority Creditor's Name

_____    _____
Number         Street

_____

_____    _____    _____
City            State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___      $_____   $_____   $_____

**When was the debt incurred?**      _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

---

☐

_____
Priority Creditor's Name

_____    _____
Number         Street

_____

_____    _____    _____
City            State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___      $_____   $_____   $_____

**When was the debt incurred?**      _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

Debtor 1   WILLIAM        RASHIDU        YATES
                    First Name    Middle Name       Last Name

_____ Case number (if known)_____

---

**Part 2:**   **List All of Your NONPRIORITY Unsecured Claims**

3. **Do any creditors have nonpriority unsecured claims against you?**
   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
   ☑ Yes

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | Total claim |
|---|---|---|

**4.1** American Express
Nonpriority Creditor's Name

P.O. BOX 981537
Number       Street

EL PASO            TX     79998
City                        State   ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No
☑ Yes

Last 4 digits of account number  4  0  0  8        $        2,500.00
When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  incorrect accountings

---

**4.2** Bank of America
Nonpriority Creditor's Name

PO BOX 982235
Number       Street

EL PASO            TX     79998
City                        State   ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No
☑ Yes

Last 4 digits of account number  X  X  X  X        $        8,234.00
When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  incorrect Accounting

---

**4.3** Bloomingdales Department
Nonpriority Creditor's Name

PO BOX 8218
Number       Street

MASON,            OH     45040
City                        State   ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No
☑ Yes

Last 4 digits of account number  8  3  3  0        $        790.00
When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Incorrect accounting

---

Debtor 1    WILLIAM                    RASHIDU        YATES
_____    Case number (if known)_____
First Name        Middle Name        Last Name

| Part 2: | **Your NONPRIORITY Unsecured Claims — Continuation Page** |

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.        **Total claim**

**4.4**    Macys Department
_____
Nonpriority Creditor's Name

PO BOX 8218
_____
Number        Street

MASON                    OH        45040
_____
City                        State        ZIP Code

**Who incurred the debt? Check one.**
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☐ No
- ☑ Yes

Last 4 digits of account number  2  0  9  1        $    381.00

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  Incorrect Accountings

---

**4.5**    M&T Bank
_____
Nonpriority Creditor's Name

PO BOX 900
_____
Number        Street

MILLSBORO                DE        19966
_____
City                        State        ZIP Code

**Who incurred the debt? Check one.**
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☐ No
- ☑ Yes

Last 4 digits of account number  0  0  0  1        $79,609.00

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  Rescission

---

**4.6**    Wells Fargo Dealers Service
_____
Nonpriority Creditor's Name

P.O. BOX 1697
_____
Number        Street

WINTERVILLE            NC        28590
_____
City                        State        ZIP Code

**Who incurred the debt? Check one.**
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☐ No
- ☑ Yes

Last 4 digits of account number  3  2  6  8        $  5,000.00

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  Under water

Debtor 1   WILLIAM   RASHIDU   YATES
First Name      Middle Name         Last Name

Case number (if known) _____

## Part 2:   Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

Total claim

| 4.7 | |
|---|---|

**Portfolio Recovery (CitiBank NA/Sears)**
Nonpriority Creditor's Name

**120 CORPORATE BLVD STE 100**
Number   Street

**NORFOLK**             **VA**      **23502**
City                    State   ZIP Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☐ No
- ☑ Yes

Last 4 digits of account number  6  2  5  2          $ 15,832.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  Incorrect Accounting

| 4.8 | |
|---|---|

**R.A. Rogers, Inc.(StateEmployees CreditUnion ofMD**
Nonpriority Creditor's Name

**P.O. Box 3302**
Number   Street

**Crofton**             **MD**      **21114**
City                    State   ZIP Code

**Who incurred the debt?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☐ No
- ☑ Yes

Last 4 digits of account number  8  3  8  8          $ 3,224.39

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  Incorrect Accountings

| 4.9 | |
|---|---|

**CACH LLC (Norstrom Bank)**
Nonpriority Creditor's Name

**C/O RESURGENTCAPITAL SERVICES POBox1269**
Number   Street

**GREENVILLE,**          **SC**      **29602**
City                    State   ZIP Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☐ No
- ☑ Yes

$ 2,458.00

Last 4 digits of account number  0  7  0  6

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  Incorrect Accountings

Debtor 1    WILLIAM    RASHIDU    YATES
First Name    Middle Name    Last Name

Case number *(if known)* _____

**Part 2:    Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

Total claim

---

**4** Portfolio Recovery (CitiBank NA/BestBuy))
Nonpriority Creditor's Name

120 CORPORATE BLVD STE 100
Number    Street

NORFOLK                    VA        23502
City                        State      ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No
☑ Yes

Last 4 digits of account number  2  0  7  4        $ 2,241.00

**When was the debt incurred?**        _____

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Incorrect Accounting

---

**4** CALVARY PORTFORLIO SERVICE (Synchrony Ban
Nonpriority Creditor's Name

500 SUMMIT LAKE DRIVE SUITE 400
Number    Street

VALHALLA                  NY        10595
City                        State      ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No
☑ Yes

Last 4 digits of account number  5  1  3  6        $ 1,811.00

**When was the debt incurred?**        _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Incorrect Accountings

---

**4** MEDICAL DATA SYSTEMS INC (Prince William Hos
Nonpriority Creditor's Name

1374 S BABCOCK ST
Number    Street

MELBOURNE.                FL        32901
City                        State      ZIP Code

**Who incurred the debt?** Check one

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No
☑ Yes

Last 4 digits of account number  2  7  4  2        $ 951.00

**When was the debt incurred?**        _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Incorrect Accountings

---

Debtor 1    WILLIAM    RASHIDU    YATES
            First Name    Middle Name    Last Name

_____ number (if known)_____

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

Total claim

**4.☐**

MEDICAL DATA SYSTEMS INC
Nonpriority Creditor's Name

(Haymarket Medical Center)1374 S BABCOCK ST
Number    Street

MELBOURNE,          FL    32901
City                State    ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☐ No
☑ Yes

Last 4 digits of account number   X   X   X   X          $   567.00

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Incorrect Accounting

**4.☐**

Progressive Management SystemsPrince William Me
Nonpriority Creditor's Name

1521 West Cameron Ave.
Number    Street

West Covina          CA    91790
City                State    ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☐ No
☑ Yes

Last 4 digits of account number   3   8   4   5          $  1,518.45

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Incorrect Accountings

**4.☐**

AR RESOURCES INC (Emergency Medicine Associ
Nonpriority Creditor's Name

POB ox 1056
Number    Street

BLUE BELL.          PA    19422
City                State    ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☐ No
☑ Yes

Last 4 digits of account number   1   0   5   1          $   239.00

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Incorrect Accountings

Debtor 1   WILLIAM     RASHIDU     YATES
         First Name      Middle Name      Last Name        Case number (if known) _____

---

**Part 2:**   **Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.                    **Total claim**

| | |
|---|---|
| **4** | Chase Card Services |
| | Nonpriority Creditor's Name |

P.O. Box 15292
Number      Street
Wilmington,              DE      19886
City                     State    ZIP Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☐ No
- ☑ Yes

Last 4 digits of account number  7  2  3  9         $        0.01

When was the debt incurred?         _____

As of the date you file, the claim is: Check all that apply.

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim.**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other  Specify  Incorrect Accounting

---

| | |
|---|---|
| **4** | Undisclosed creditors |
| | Nonpriority Creditor's Name |

Number      Street

City                     State    ZIP Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☐ No
- ☑ Yes

Last 4 digits of account number  X  X  X  X         $        1.00

When was the debt incurred?         _____

As of the date you file, the claim is: Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other  Specify  Incorrect Accountings

---

| | |
|---|---|
| **4** | Undisclosed Medical Bills |
| | Nonpriority Creditor's Name |

Number      Street

City                     State    ZIP Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☐ No
- ☑ Yes

Last 4 digits of account number  X  X  X  X         $        1.00

When was the debt incurred?         _____

As of the date you file, the claim is: Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other  Specify  Incorrect Accountings

---

Debtor 1    WILLIAM                    RASHIDU               WATER
First Name       Middle Name       Last Name

_____ case number (if known)_____

---

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed** |

5.  Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For
    example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or
    2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the
    additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Name _____

Number    Street _____

_____

City                    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of  (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
                            ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

Name _____

Number    Street _____

_____

City                    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of  (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
                            ☐ Part 2: Creditors with Nonpriority Unsecured
                            Claims

Last 4 digits of account number ___ ___ ___ ___

Name _____

Number    Street _____

_____

City                    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of  (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
                            ☐ Part 2: Creditors with Nonpriority Unsecured
                            Claims

Last 4 digits of account number ___ ___ ___ ___

Name _____

Number    Street _____

_____

City                    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of  (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
                            ☐ Part 2: Creditors with Nonpriority Unsecured
                            Claims

Last 4 digits of account number ___ ___ ___ ___

Name _____

Number    Street _____

_____

City                    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of  (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
                            ☐ Part 2: Creditors with Nonpriority Unsecured
                            Claims

Last 4 digits of account number ___ ___ ___ ___

Name _____

Number    Street _____

_____

City                    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of  (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
                            ☐ Part 2: Creditors with Nonpriority Unsecured
                            Claims

Last 4 digits of account number ___ ___ ___ ___

Name _____

Number    Street _____

_____

City                    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of  (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
                            ☐ Part 2: Creditors with Nonpriority Unsecured
                            Claims

Last 4 digits of account number ___ ___ ___ ___

Debtor 1    WILLIAM        RASHIDU    YATES
First Name    Middle Name    Last Name

case number *(if known)*_____

---

**Part 4:    Add the Amounts for Each Type of Unsecured Claim**

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159.
Add the amounts for each type of unsecured claim.

Total claim

| | | | | |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. **Domestic support obligations** | 6a. | $ | 4,835.00 |
| | 6b. **Taxes and certain other debts you owe the government** | 6b. | $ | 0.00 |
| | 6c. **Claims for death or personal injury while you were intoxicated** | 6c. | $ | 0.00 |
| | 6d. **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | **+** $ | 125,357.46 |
| | 6e. **Total.** Add lines 6a through 6d. | 6e. | $ | 130,192.46 |

Total claim

| | | | | |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. **Student loans** | 6f. | $ | 103,049.00 |
| | 6g. **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ | 0.00 |
| | 6h. **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ | 0.00 |
| | 6i. **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | **+** $ | 124,000.00 |
| | 6j. **Total.** Add lines 6f through 6i. | 6j. | $ | 227,049.00 |

Fill in this information to identify your case:

| Debtor | WILLIAM | RASHIDU | YATES |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | N/A | | |
| (Spouse if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Eastern District of Virginia

Case number
(If known) _____

☐ Check if this is an
amended filing

Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases        12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**

   ☑ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone). See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|

2.1
_____
Name
_____
Number    Street
_____
City                State    ZIP Code

2.2
_____
Name
_____
Number    Street
_____
City                State    ZIP Code

2.3
_____
Name
_____
Number    Street
_____
City                State    ZIP Code

2.4
_____
Name
_____
Number    Street
_____
City                State    ZIP Code

2.5
_____
Name
_____
Number    Street
_____
City                State    ZIP Code

Official Form 106G        Schedule G: Executory Contracts and Unexpired Leases

Debtor 1    WILLIAM         RASHIDU        YATES                    Case number (if known)_____
            First Name      Middle Name    Last Name

 **Additional Page if You Have More Contracts or Leases**

**Person or company with whom you have the contract or lease**        **What the contract or lease is for**

2.2 _____
    Name

    _____
    Number      Street

    _____
    City                    State    ZIP Code

2._ _____
    Name

    _____
    Number      Street

    _____
    City                    State    ZIP Code

2._ _____
    Name

    _____
    Number      Street

    _____
    City                    State    ZIP Code

2._ _____
    Name

    _____
    Number      Street

    _____
    City                    State    ZIP Code

2._ _____
    Name

    _____
    Number      Street

    _____
    City                    State    ZIP Code

2._ _____
    Name

    _____
    Number      Street

    _____
    City                    State    ZIP Code

2._ _____
    Name

    _____
    Number      Street

    _____
    City                    State    ZIP Code

2._ _____
    Name

    _____
    Number      Street

    _____
    City                    State    ZIP Code

Fill in this information to identify your case:

| Debtor 1 | WILLIAM | RASHIDU | YATES |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | N/A | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Eastern District of Virginia

Case number
(if known)

☐ Check if this is an amended filing

## Official Form 106H

# Schedule H: Your Codebtors                                                12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor )
   - ☐ No
   - ☑ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories include* Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   - ☑ No. Go to line 3.
   - ☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?
     - ☐ No
     - ☐ Yes. In which community state or territory did you live? _____ Fill in the name and current address of that person.

     _____
     Name of your spouse, former spouse, or legal equivalent

     _____
     Number          Street

     _____
     City                          State                  ZIP Code

3. **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on** *Schedule D* **(Official Form 106D),** *Schedule E/F* **(Official Form 106E/F), or** *Schedule G* **(Official Form 106G). Use** *Schedule D,* *Schedule E/F, or Schedule G* **to fill out Column 2.**

   *Column 1: Your codebtor*                                    *Column 2:* **The creditor to whom you owe the debt**

                                                                Check all schedules that apply:

   **3.1**
   | ESTHER | MAMMIE | YATES |
   |---|---|---|
   Name
   8236 Stoddard Drive
   Number          Street
   Manassas                      VA          20110
   City                          State        ZIP Code

   - ☐ Schedule D, line _____
   - ☐ Schedule E/F, line _____
   - ☐ Schedule G, line _____

   **3.2**
   _____
   Name
   _____
   Number          Street
   _____
   City                          State        ZIP Code

   - ☐ Schedule D, line _____
   - ☐ Schedule E/F, line _____
   - ☐ Schedule G, line _____

   **3.3**
   _____
   Name
   _____
   Number          Street
   _____
   City                          State        ZIP Code

   - ☐ Schedule D, line _____
   - ☐ Schedule E/F, line _____
   - ☐ Schedule G, line _____

| Debtor 1 | WILLIAM | RASHIDU | YATES | Case number (if known) |
| | First Name | Middle Name | Last Name | |

**Additional Page to List More Codebtors**

Column 1: **Your codebtor**

Column 2: **The creditor to whom you owe the debt**

Check all schedules that apply:

3._

Name

Number    Street

City    State    ZIP Code

- ❑ Schedule D, line _____
- ❑ Schedule E/F, line _____
- ❑ Schedule G, line _____

3._

Name

Number    Street

City    State    ZIP Code

- ❑ Schedule D, line _____
- ❑ Schedule E/F, line _____
- ❑ Schedule G, line _____

3._

Name

Number    Street

City    State    ZIP Code

- ❑ Schedule D, line _____
- ❑ Schedule E/F, line _____
- ❑ Schedule G, line _____

3._

Name

Number    Street

City    State    ZIP Code

- ❑ Schedule D, line _____
- ❑ Schedule E/F, line _____
- ❑ Schedule G, line _____

3._

Name

Number    Street

City    State    ZIP Code

- ❑ Schedule D, line _____
- ❑ Schedule E/F, line _____
- ❑ Schedule G, line _____

3._

Name

Number    Street

City    State    ZIP Code

- ❑ Schedule D, line _____
- ❑ Schedule E/F, line _____
- ❑ Schedule G, line _____

3._

Name

Number    Street

City    State    ZIP Code

- ❑ Schedule D, line _____
- ❑ Schedule E/F, line _____
- ❑ Schedule G, line _____

3._

Name

Number    Street

City    State    ZIP Code

- ❑ Schedule D, line _____
- ❑ Schedule E/F, line _____
- ❑ Schedule G, line _____

Official Form 106H    Schedule H: Your Codebtors

| Fill in this information to identify your case: |
|---|

| Debtor 1 | WILLIAM | RASHIDU | YATES |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | N/A | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Eastern District of Virginia

Case number _____
(if known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Employment

1. Fill in your employment information.

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| Employment status | | ☐ Employed<br>☑ Not employed | ☑ Employed<br>☐ Not employed |
| Occupation | | UNEMPLOYED | CYBER SECURITY |
| Employer's name | | N/A | RAYHYEON |
| Employer's address | | N/A | PO BOX 7000 |
| | | Number   Street | Number   Street |
| | | | Grnnville      TX    75403 |
| | | City       State   ZIP Code | City      State   ZIP Code |
| How long employed there? | | | 2 |

## Part 2:    Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2 | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 0.00 | $ 6,160.27 |
| 3 | Estimate and list monthly overtime pay. | 3. | + $ 0.00 | + $ 0.00 |
| 4 | Calculate gross income. Add line 2 + line 3. | 4. | $ 0.00 | $ 6,160.27 |

Debtor 1   WILLIAM   RASHIDU   YATES          Case number (if known)_____
          First Name   Middle Name   Last Name

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here.................................................➔ | 4. | $ 0.00 | $ 6,160.27 |

5 List all payroll deductions:

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. Tax, Medicare, and Social Security deductions | 5a | $ 0.00 | $ 914.16 |
| 5b. Mandatory contributions for retirement plans | 5b. | $ 0.00 | $ 0.00 |
| 5c. Voluntary contributions for retirement plans | 5c. | $ 0.00 | $ 0.00 |
| 5d. Required repayments of retirement fund loans | 5d | $ 0.00 | $ 0.00 |
| 5e. Insurance | 5e | $ 0.00 | $ 855.05 |
| 5f. Domestic support obligations | 5f. | $ 0.00 | $ 0.00 |
| 5g. Union dues | 5g. | $ 0.00 | $ 0.00 |
| 5h. Other deductions. Specify: _____ | 5h. | + $ 0.00 | + $ 615.33 |
| 6 Add the payroll deductions. Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h. | 6 | $ 0.00 | $ 2,384.54 |
| 7 Calculate total monthly take-home pay. Subtract line 6 from line 4. | 7. | $ 0.00 | $ 3,775.73 |

8. List all other income regularly received:

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8a. Net income from rental property and from operating a business, profession, or farm<br>Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ 0.00 |
| 8b. Interest and dividends | 8b | $ 0.00 | $ 0.00 |
| 8c. Family support payments that you, a non-filing spouse, or a dependent regularly receive<br>Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| 8d. Unemployment compensation | 8d. | $ 0.00 | $ 0.00 |
| 8e. Social Security | 8e. | $ 0.00 | $ 0.00 |
| 8f. Other government assistance that you regularly receive<br>Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.<br>Specify: _____ | 8f. | $ 0.00 | $ 0.00 |
| 8g. Pension or retirement income | 8g. | $ 0.00 | $ 0.00 |
| 8h. Other monthly income. Specify. _____ | 8h | + $ 0.00 | + $ 0.00 |
| 9. Add all other income. Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. | 9. | $ 0.00 | $ 0.00 |
| 10. Calculate monthly income. Add line 7 + line 9.<br>Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 0.00 + | $ 3,775.73 = | $ 3,775.73 |

11 State all other regular contributions to the expenses that you list in *Schedule J*.

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.

Specify: _____    11. + $ 0.00

12 Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income.
Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information*, if it applies    12. | $ 3,775.73
Combined monthly income

13. Do you expect an increase or decrease within the year after you file this form?

☐ No.

☑ Yes. Explain: | I am trying to get the Full time job and the income will be increased

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | WILLIAM | RASHIDU | YATES |
| | First Name | Middle Name | Last Name |
| Debtor 2 | N/A | | |
| (Spouse if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Eastern District of Virginia

Case number
(If known) _____

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13
 expenses as of the following date:

 _____
 MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Your Household

1. **Is this a joint case?**

 ☑ No. Go to line 2.
 ☐ Yes. Does Debtor 2 live in a separate household?

  ☑ No
  ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

2. **Do you have dependents?**     ☑ No

 Do not list Debtor 1 and     ☐ Yes. Fill out this information for
 Debtor 2.         each dependent..................

 Do not state the dependents'
 names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |

3. **Do your expenses include**     ☑ No
 **expenses of people other than**    ☐ Yes
 **yourself and your dependents?**

## Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | | | Your expenses |
|---|---|---|---|
| 4. | The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4 | $ 2,656.00 |
| | If not included in line 4: | | |
| 4a. | Real estate taxes | 4a. | $ 0.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. | $ 0.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. | $ 0.00 |
| 4d. | Homeowner's association or condominium dues | 4d. | $ 250.00 |

Debtor 1   __WILLIAM_____ __RASHIDU___ __YATES___   Case number _(if known)_____
          First Name    Middle Name    Last Name

**Your expenses**

| | | | |
|---|---|---|---|
| 5 | Additional mortgage payments for your residence, such as home equity loans | 5. | $ 0.00 |
| 6 | **Utilities:** | | |
| | 6a. Electricity, heat, natural gas | 6a. | $ 350.00 |
| | 6b. Water, sewer, garbage collection | 6b. | $ 100.00 |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ 250.00 |
| | 6d. Other. Specify: _____ | 6d | $ 0.00 |
| 7 | **Food and housekeeping supplies** | 7. | $ 800.00 |
| 8 | **Childcare and children's education costs** | 8. | $ 0.00 |
| 9 | **Clothing, laundry, and dry cleaning** | 9. | $ 100.00 |
| 10. | **Personal care products and services** | 10. | $ 25.00 |
| 11 | **Medical and dental expenses** | 11. | $ 125.00 |
| 12 | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12 | $ 300.00 |
| 13 | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $ 0.00 |
| 14 | **Charitable contributions and religious donations** | 14. | $ 0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a. Life insurance | 15a. | $ 125.00 |
| | 15b. Health insurance | 15b. | $ 0.00 |
| | 15c. Vehicle insurance | 15c | $ 225.00 |
| | 15d. Other insurance. Specify:_____ | 15d. | $ 0.00 |
| 16 | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. | $ 0.00 |
| 17. | **Installment or lease payments:** | | |
| | 17a Car payments for Vehicle 1 | 17a | $ 353.00 |
| | 17b Car payments for Vehicle 2 | 17b. | $ 0.00 |
| | 17c. Other. Specify: _____ | 17c. | $ 0.00 |
| | 17d Other. Specify: _____ | 17d | $ 0.00 |
| 18 | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income** (Official Form 106I). | 18 | $ 795.00 |
| 19 | **Other payments you make to support others who do not live with you.** Specify:_____ | 19. | $ 0.00 |
| 20. | **Other real property expenses** not included in lines 4 or 5 of this form or on *Schedule I: Your Income.* | | |
| | 20a. Mortgages on other property | 20a. | $ 0.00 |
| | 20b. Real estate taxes | 20b. | $ 0.00 |
| | 20c. Property, homeowner's, or renter's insurance | 20c | $ 0.00 |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. | $ 0.00 |
| | 20e. Homeowner's association or condominium dues | 20e. | $ 0.00 |

Debtor 1    WILLIAM        RASHIDU        YATES                    Case number *(if known)*_____
      First Name    Middle Name    Last Name

21. **Other**. Specify: _____    21.    +$_____0.00

22. **Calculate your monthly expenses.**

    22a. Add lines 4 through 21.    22a    $_____6,454.00

    22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2    22b    $_____0.00

    22c. Add line 22a and 22b. The result is your monthly expenses.    22c    $_____6,454.00

23. **Calculate your monthly net income.**

    23a.    Copy line 12 (*your combined monthly income*) from *Schedule I.*    23a.    $_____3,775.73

    23b.    Copy your monthly expenses from line 22c above.    23b.    –$_____6,454.00

    23c.    Subtract your monthly expenses from your monthly income.
        The result is your *monthly net income.*    23c    $_____-2,678.27

24  **Do you expect an increase or decrease in your expenses within the year after you file this form?**

    For example, do you expect to finish paying for your car loan within the year or do you expect your
    mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    ☐ No.

    ☑ Yes.    Explain here: Unemployed since February 2016, looking for a full time job

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | WILLIAM | RASHIDU | YATES |
| | First Name | Middle Name | Last Name |
| Debtor 2 | N/A | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Eastern District of Virginia

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☑ No

☐ Yes.  Name of person Prepared by the Debtor himself                    Attach Bankruptcy Petition Preparer's Notice, Declaration, and
Signature (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

✗ _William Rashidu Yates_                          ✗ _N/A_
Signature of Debtor 1                                Signature of Debtor 2

Date 11/14/2018                                      Date _____
    MM / DD / YYYY                                        MM / DD / YYYY

Fill in this information to identify your case:

Debtor 1    WILLIAM      RASHIDU      YATES
            First Name    Middle Name    Last Name

Debtor 2    N/A
(Spouse, if filing) First Name    Middle Name    Last Name

United States Bankruptcy Court for the: Eastern District of Virginia

Case number _____
(if known)

☐ Check if this is an
   amended filing

## Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy    04/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Give Details About Your Marital Status and Where You Lived Before

1. **What is your current marital status?**

   ☑ Married
   ☐ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**

   ☑ No
   ☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| N/A | From _____ | N/A | From _____ |
| Number    Street | To _____ | Number   Street | To _____ |
| N/A | | N/A | |
| N/A | | N/A | |
| City            State   ZIP Code | | City            State   ZIP Code | |
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| N/A | From _____ | N/A | From _____ |
| Number    Street | To _____ | Number   Street | To _____ |
| N/A | | N/A | |
| N/A | | N/A | |
| City            State   ZIP Code | | City            State   ZIP Code | |

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

   ☐ No
   ☑ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2:    Explain the Sources of Your Income

| Debtor 1 | WILLIAM | RASHIDU | YATES | | Case number *(if known)* |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

4. **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
   Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
   If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

   ☑ No
   ☐ Yes  Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income<br>Check all that apply. | Gross income<br>(before deductions and exclusions) | Sources of income<br>Check all that apply. | Gross income<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $_____0.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $_____ |
| **For last calendar year:**<br>(January 1 to December 31, 2017)<br>　　　　　　　　　　YYYY | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $_____0.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $_____ |
| **For the calendar year before that:**<br>(January 1 to December 31, 2016)<br>　　　　　　　　　　YYYY | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | $____7,000.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $_____ |

5. **Did you receive any other income during this year or the two previous calendar years?**
   Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

   List each source and the gross income from each source separately. Do not include income that you listed in line 4.

   ☐ No
   ☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income<br>Describe below. | Gross income from each source<br>(before deductions and exclusions) | Sources of income<br>Describe below. | Gross income from each source<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | wife salary<br>_____<br>_____ | $____53,124.00<br>$_____<br>$_____ | _____<br>_____<br>_____ | $_____<br>$_____<br>$_____ |
| **For last calendar year:**<br>(January 1 to December 31, 2017)<br>　　　　　　　　　　YYYY | _____<br>wife salary<br>_____ | $_____<br>$____63,749.00<br>$_____ | _____<br>_____<br>_____ | $_____<br>$_____<br>$_____ |
| **For the calendar year before that:**<br>(January 1 to December 31, 2016)<br>　　　　　　　　　　YYYY | _____<br>wife salary<br>_____ | $_____<br>$___116,053.00<br>$_____ | _____<br>_____<br>_____ | $_____<br>$_____<br>$_____ |

| Debtor 1 | WILLIAM | RASHIDU | YATES | | Case number (if known) | |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

---

**Part 3:**   **List Certain Payments You Made Before You Filed for Bankruptcy**

---

6. **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

   ☐ **No. Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

   During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,425* or more?

   ☐ No. Go to line 7.

   ☐ Yes. List below each creditor to whom you paid a total of $6,425* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

   * Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.

   ☑ **Yes. Debtor 1 or Debtor 2 or both have primarily consumer debts.**

   During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

   ☑ No. Go to line 7.

   ☐ Yes. List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
|---|---|---|---|---|
| N/A <br> Creditor's Name <br> N/A <br> Number   Street <br> N/A <br> N/A <br> City        State        ZIP Code | _____ | $_____ | $_____ | ☐ Mortgage <br> ☐ Car <br> ☐ Credit card <br> ☐ Loan repayment <br> ☐ Suppliers or vendors <br> ☐ Other _____ |
| N/A <br> Creditor's Name <br> N/A <br> Number   Street <br> N/A <br> <br> City        State        ZIP Code | _____ | $_____ | $_____ | ☐ Mortgage <br> ☐ Car <br> ☐ Credit card <br> ☐ Loan repayment <br> ☐ Suppliers or vendors <br> ☐ Other _____ |
| N/A <br> Creditor's Name <br> N/A <br> Number   Street <br> N/A <br> N/A <br> City        State        ZIP Code | _____ | $_____ | $_____ | ☐ Mortgage <br> ☐ Car <br> ☐ Credit card <br> ☐ Loan repayment <br> ☐ Suppliers or vendors <br> ☐ Other _____ |

---

| Debtor 1 | WILLIAM | RASHIDU | YATES | | Case number *(if known)* |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101  Include payments for domestic support obligations, such as child support and alimony.

☑ No
☐ Yes. List all payments to an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| N/A | | $ | $ | N/A |
| Insider's Name | | | | |
| N/A | | | | |
| Number    Street | | | | |
| N/A | | | | |
| N/A | | | | |
| City          State    ZIP Code | | | | |
| N/A | | $ | $ | N/A |
| Insider's Name | | | | |
| N/A | | | | |
| Number    Street | | | | |
| N/A | | | | |
| N/A | | | | |
| City          State    ZIP Code | | | | |

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

☑ No
☐ Yes. List all payments that benefited an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|
| N/A | | $ | $ | N/A |
| Insider's Name | | | | |
| N/A | | | | |
| Number    Street | | | | |
| N/A | | | | |
| N/A | | | | |
| City          State    ZIP Code | | | | |
| N/A | | $ | $ | N/A |
| Insider's Name | | | | |
| N/A | | | | |
| Number    Street | | | | |
| N/A | | | | |
| N/A | | | | |
| City          State    ZIP Code | | | | |

| Debtor 1 | WILLIAM | RASHIDU | YATES | Case number (if known) _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

---

**Part 4:  Identify Legal Actions, Repossessions, and Foreclosures**

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
   List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

   ☐ No
   ☑ Yes. Fill in the details.

| | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Case title _Yates V. Nationstar et al_ | Violation of constitutional Due Process Rights, Illegal forclosure by  substitute trustee who is alter ego of the law firm representing the alleged creditors, fraud, tempering the P/Note, DOT | Suprem Court of United States <br> Court Name <br> 1 First St NE,  DC <br> Number   Street <br> Washington,DC     DC    20543 <br> City          State    ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| Case number _____ | | | |
| Case title _____ | | Court Name <br><br> Number   Street <br><br> City          State    ZIP Code | ☐ Pending <br> ☐ On appeal <br> ☐ Concluded |
| Case number _____ | | | |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
    Check all that apply and fill in the details below.

    ☑ No.  Go to line 11.
    ☐ Yes. Fill in the information below.

| | Describe the property | Date | Value of the property |
|---|---|---|---|
| _____ <br> Creditor's Name <br><br> _____ <br> Number   Street <br><br> _____ <br> City          State   ZIP Code | | _____ | $_____ |
| | **Explain what happened** <br> ☐ Property was repossessed. <br> ☐ Property was foreclosed. <br> ☐ Property was garnished. <br> ☐ Property was attached, seized, or levied. | | |
| | **Describe the property** | **Date** | **Value of the property** |
| _____ <br> Creditor s Name <br><br> _____ <br> Number   Street <br><br> _____ <br> City          State   ZIP Code | | _____ | $_____ |
| | **Explain what happened** <br> ☐ Property was repossessed. <br> ☐ Property was foreclosed. <br> ☐ Property was garnished. <br> ☐ Property was attached, seized, or levied. | | |

---

Debtor 1    WILLIAM    RASHIDU    YATES                      Case number (if known)_____
            First Name    Middle Name    Last Name

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑ No
☐ Yes. Fill in the details.

| | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|
| _____ Creditor's Name | | | $_____ |
| _____ Number    Street | | _____ | |
| _____ | | | |
| _____ City    State    ZIP Code | Last 4 digits of account number: XXXX–___ ___ ___ ___ | | |

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☑ No
☐ Yes

---

**Part 5:    List Certain Gifts and Contributions**

13 **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| _____ Person to Whom You Gave the Gift | | _____ | $_____ |
| _____ | | _____ | $_____ |
| _____ Number    Street | | | |
| _____ City    State    ZIP Code | | | |
| Person's relationship to you    _____ | | | |

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| _____ Person to Whom You Gave the Gift | | _____ | $_____ |
| _____ | | _____ | $_____ |
| _____ Number    Street | | | |
| _____ City    State    ZIP Code | | | |
| Person's relationship to you    _____ | | | |

Debtor 1   WILLIAM    RASHIDU        YATES                    Case number (if known)_____
           First Name   Middle Name      Last Name

**14.** Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?

☑ No

☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|
| _____ Charity's Name | | _____ | $_____ |
| _____ | | _____ | $_____ |
| _____ Number    Street | | | |
| _____ City    State    ZIP Code | | | |

---

| Part 6: | List Certain Losses |
|---|---|

**15.** Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?

☑ No

☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss. Include the amount that insurance has paid. List pending insurance claims on line 33 of Schedule A/B: Property. | Date of your loss | Value of property lost |
|---|---|---|---|
| | | _____ | $_____ |

---

| Part 7: | List Certain Payments or Transfers |
|---|---|

**16.** Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?

Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No

☑ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Cricket credit Counselling _____ Person Who Was Paid | $ 24.00 fee paid for credit counselling | 10/24/2018 | $        24.00 |
| _____ Number    Street | | _____ | $_____ |
| _____ City    State    ZIP Code | | | |
| _____ Email or website address | | | |
| _____ Person Who Made the Payment, if Not You | | | |

Debtor 1    WILLIAM    RASHIDU    YATES                    Case number (if known)_____
            First Name    Middle Name    Last Name

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Wells Fargo Dealer service | Auto loan | | |
| Person Who Was Paid | | 11/10/2018 | $ 351.00 |
| | | _____ | $_____ |
| Number    Street | | | |
| | | | |
| City    State    ZIP Code | | | |
| | | | |
| Email or website address | | | |
| | | | |
| Person Who Made the Payment, if Not You | | | |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

☑ No
☐ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Person Who Was Paid | | | |
| | | _____ | $_____ |
| Number    Street | | | |
| | | _____ | $_____ |
| City    State    ZIP Code | | | |

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).
Do not include gifts and transfers that you have already listed on this statement.

☑ No
☐ Yes. Fill in the details.

| | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Person Who Received Transfer | | | |
| | | | _____ |
| Number    Street | | | |
| | | | |
| City    State    ZIP Code | | | |
| Person's relationship to you _____ | | | |
| Person Who Received Transfer | | | |
| | | | _____ |
| Number    Street | | | |
| | | | |
| City    State    ZIP Code | | | |
| Person's relationship to you _____ | | | |

| Debtor 1 | WILLIAM | RASHIDU | YATES | Case number (if known) |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary? (These are often called *asset-protection devices*.)

☑ No

☐ Yes. Fill in the details.

| | Description and value of the property transferred | Date transfer was made |
|---|---|---|
| Name of trust _____ | | ____ ____ |
| _____ | | |

---

**Part 8:  List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units**

20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☑ No

☐ Yes. Fill in the details.

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| _____<br>Name of Financial Institution<br>_____<br>Number   Street<br>_____<br>_____<br>City        State    ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| _____<br>Name of Financial Institution<br>_____<br>Number   Street<br>_____<br>_____<br>City        State    ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?

☑ No

☐ Yes. Fill in the details.

| | Who else had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| _____<br>Name of Financial Institution<br>_____<br>Number   Street<br>_____<br>_____<br>City        State    ZIP Code | _____<br>Name<br>_____<br>Number   Street<br>_____<br>City     State     ZIP Code | | ☐ No<br>☐ Yes |

| Debtor 1 | WILLIAM | RASHIDU | YATES | | Case number (if known) |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?

☑ No
☐ Yes. Fill in the details.

| | Who else has or had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| | | | ☐ No |
| | | | ☐ Yes |
| _____ | _____ | | |
| Name of Storage Facility | Name | | |
| _____ | _____ | | |
| Number    Street | Number    Street | | |
| _____ | _____ | | |
| | City State  ZIP Code | | |
| _____ | | | |
| City            State    ZIP Code | | | |

## Part 9:    Identify Property You Hold or Control for Someone Else

23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.

☑ No
☐ Yes. Fill in the details.

| | Where is the property? | Describe the property | Value |
|---|---|---|---|
| | | | $_____ |
| _____ | | | |
| Owner's Name | | | |
| _____ | _____ | | |
| Number    Street | Number    Street | | |
| _____ | _____ | | |
| City            State    ZIP Code | City            State    ZIP Code | | |

## Part 10:    Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

▣ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

▣ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

▣ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. Has any governmental unit notified you that you may be liable or potentially liable under *or* in violation of an environmental law?

☑ No
☐ Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| _____ | _____ | | _____ |
| Name of site | Governmental unit | | |
| _____ | _____ | | |
| Number    Street | Number    Street | | |
| _____ | _____ | | |
| | City            State    ZIP Code | | |
| _____ | | | |
| City            State    ZIP Code | | | |

| Debtor 1 | WILLIAM | RASHIDU | YATES | | Case number *(if known)* |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

25. Have you notified any governmental unit of any release of hazardous material?

☑ No
☐ Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|

Name of site / Governmental unit

Number   Street / Number   Street

City   State   ZIP Code / City   State   ZIP Code

26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

☑ No
☐ Yes. Fill in the details.

| | Court or agency | Nature of the case | Status of the case |
|---|---|---|---|

Case title_____

Court Name

Number   Street

City   State   ZIP Code

Case number

☐ Pending
☐ On appeal
☐ Concluded

## Part 11:   Give Details About Your Business or Connections to Any Business

27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)
☐ A partner in a partnership
☐ An officer, director, or managing executive of a corporation
☐ An owner of at least 5% of the voting or equity securities of a corporation

☑ No. None of the above applies. Go to Part 12.
☐ Yes. Check all that apply above and fill in the details below for each business.

| | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|

Business Name

Number   Street

EIN: __ __ – __ __ __ __ __ __ __

Name of accountant or bookkeeper

Dates business existed

From _____ To _____

City   State   ZIP Code

Describe the nature of the business

Employer Identification number
Do not include Social Security number or ITIN.

Business Name

Number   Street

EIN: __ __ – __ __ __ __ __ __ __

Name of accountant or bookkeeper

Dates business existed

From _____ To _____

City   State   ZIP Code

Debtor 1     WILLIAM     RASHIDU        YATES                           Case number (if known)_____
             First Name     Middle Name      Last Name

|  | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| Business Name | | |
| | | EIN: __ __ – __ __ __ __ __ __ __ |
| Number   Street | Name of accountant or bookkeeper | Dates business existed |
| | | |
| City        State   ZIP Code | | From _____ To _____ |

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☐ No
☐ Yes. Fill in the details below.

|  | Date issued |
|---|---|
| Name | MM / DD / YYYY |
| Number   Street | |
| | |
| City        State   ZIP Code | |

## Part 12:   Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

✖ William Rashidu Yates _____          ✖ N/A _____
   Signature of Debtor 1                              Signature of Debtor 2

Date 11/14/2018                                    Date _____

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?

☐ No
☑ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?

☑ No
☐ Yes. Name of person Prepared by the Debtor himself _____    Attach the *Bankruptcy Petition Preparer's Notice,*
                                                                      *Declaration, and Signature* (Official Form 119).

Chapter 7 Petitioner: William R. Yates

Additional Pages attached to Statement of Financial Affairs for Individuals Filing for Bankruptcy

<u>Fraud committed by alleged Mortgage lender/servicer and agents</u>

1. Inflated income and assets and forged signatures on three fake loan applications
2. Lost Note letter confirms unendorsed note is copy of the original – **Attachment A and B**
3. Forged note shows ink-smudged forged borrower signature and forged endorsements
4. Forensic handwriting report confirms that note and loan application are inauthentic
5. Alleged creditor disclaims ownership of the note and deed of trust – **Attachment C and D**
6. Affidavit confirms that signature of alleged original lender is forged  – **Attachment E**
7. Cardinal Bank, NA, funded the loan but not the lender on the note and deed of trust – **Attachment F**

<u>Note and Deed of Trust Rescinded by Petitioner</u>

1. Rescission letter dated May 6, 2017 – **Attachment G**
2. Rescission letter dated September 1, 2017 – **Attachment H**

Signed: _____   Date: _11/14/2018_____

Attachment A

# RECONTRUST COMPANY, N.A and SAMUEL I. WHITE, P.C.

2380 Performance Drive, TX2-985-07-03             5040 Corporate Woods Drive Suite 120
Richardson, TX 75082                                      Virginia Beach, VA 23462-6523

TELEPHONE: (800) 281-8219
FACSIMILE: (972) 498-5829

April 20, 2010
**CERTIFIED MAIL/RETURN RECEIPT REQUESTED**

8236 STODDARD ROAD
MANASSAS, VA 20110-8308

Re:     Original Promissory Note Unavailable
        U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR GSR 2006-3F PROCEED WITH FCL.


        TS No. 10 -0033506

Dear: WILLIAM R YATES: ESTHER M YATES and WILLIAM R YATES


You have defaulted in the terms of the Deed of Trust dated October 25, 2005, that secures your loan. U.S. BANK
NATIONAL ASSOCIATION, AS TRUSTEE FOR GSR 2006-3F PROCEED WITH FCL. has requested
RECONTRUST COMPANY, N.A and SAMUEL I. WHITE, P.C., as Substitute Trustees, to forward this letter to
you, on its behalf, in accordance with Section 55-59.1B., Code of Virginia, 1950, as amended, as notice that the
original Note evidencing your indebtedness for your loan is unavailable because it has been lost, misplaced, or
destroyed.

As a result of your default, all sums secured by said Deed of Trust have been accelerated, and upon the expiration of
fourteen (14) days from the date of mailing of this notice, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE
FOR GSR 2006-3F PROCEED WITH FCL. will request that RECONTRUST COMPANY, N.A  and SAMUEL I.
WHITE, P.C. schedule the sale of the property secured by said Deed of Trust. RECONTRUST COMPANY, N.A
and SAMUEL I. WHITE, P.C. mailing address is shown above.

Notice is further given that if you believe you may be subject to a claim by another person or entity other than U.S.
BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR GSR 2006-3F PROCEED WITH FCL. to enforce the
instrument of indebtedness, you may petition the Circuit Court of MANASSAS, Virginia for an order requiring the
beneficiary to provide adequate protection against any such claims.

Very truly yours,


RECONTRUST COMPANY. N.A and SAMUEL I. WHITE, P.C.

**NOTICE**
PURSUANT TO THE FAIR DEBT COLLECTION PRACTICES ACT, WE ADVISE YOU THAT WE ARE A DEBT COLLECTOR
ATTEMPTING TO COLLECT THE INDEBTEDNESS REFERRED TO HEREIN AND ANY INFORMATION WE OBTAIN FROM YOU
WILL BE USED FOR THAT PURPOSE.

*Attachment B*

# INTEREST ONLY FIXED RATE NOTE

October 25, 2005                     WOODBRIDGE                    Virginia
[Date]                              [City]                        [State]

8236 STODDARD ROAD,MANASSAS,VA 20110
[Property Address]

## 1. BORROWER'S PROMISE TO PAY

In return for a loan that I have received, I promise to pay U.S. $ 412,000.00        (this amount is called "Principal"),
plus interest, to the order of the Lender. The Lender is
PREMIER MORTGAGE COMPANY, LLC, A VIRGINIA CORPORATION
I will make all payments under this Note in the form of cash, check or money order.

I understand that the Lender may transfer this Note. The Lender or anyone who takes this Note by transfer and who is
entitled to receive payments under this Note is called the "Note Holder."

## 2. INTEREST

Interest will be charged on unpaid principal until the full amount of Principal has been paid. I will pay interest at a yearly
rate of 6.2500    %.

The interest rate required by this Section 2 is the rate I will pay both before and after any default described in Section 6(B)
of this Note.

## 3. PAYMENTS

**(A) Time and Place of Payments**

I will make a payment every month. This payment will be for interest only for the first   120        months, and then
will consist of principal and interest.

I will make my monthly payment on the     1st        day of each month beginning on
December 1, 2005        . I will make these payments every month until I have paid all of the Principal and interest and
any other charges described below that I may owe under this Note. Each monthly payment will be applied as of its scheduled
due date, and if the payment includes both principal and interest it will be applied to interest before Principal. If, on
November 1, 2035        , I still owe amounts under this Note, I will pay those amounts in full on that date, which is
called the "Maturity Date."

I will make my monthly payments at
12150 MONUMENT DRIVE, #425, FAIRFAX, VA 22033
or at a different place if required by the Note Holder.

**(B) Amount of Monthly Payments**

My monthly payment will be in the amount of U.S. $    2,145.83      for the first   120      months of this
Note, and thereafter will be in the amount of U.S. $ 3,011.42       . The Note Holder will notify me prior to the date
of change in monthly payment.

## 4. BORROWER'S RIGHT TO PREPAY

I have the right to make payments of Principal at any time before they are due. A payment of Principal only is known as a
"Prepayment." When I make a Prepayment, I will tell the Note Holder in writing that I am doing so. I may not designate a
payment as a Prepayment if I have not made all the monthly payments due under the Note.

I may make a full Prepayment or partial Prepayments without paying a Prepayment charge. The Note Holder will use my
Prepayments to reduce the amount of Principal that I owe under this Note. However, the Note Holder may apply my
Prepayment to the accrued and unpaid interest on the Prepayment amount, before applying my Prepayment to reduce the
Principal amount of the Note. If I make a partial Prepayment, there will be no changes in the due date of my monthly payment
unless the Note Holder agrees in writing to those changes. However, if the partial Prepayment is made during the period when
my monthly payments consist only of interest, the amount of the monthly payment will decrease for the remainder of the term
when my payments consist only of interest as well as during the time that my payments consist of principal and interest. If the
partial Prepayment is made during the period when my payments consist of principal and interest, the amount of my monthly
payment will not decrease; however, the principal and the interest required under this Note will be paid prior to the Maturity
Date.

## 5. LOAN CHARGES

If a law, which applies to this loan and which sets maximum loan charges, is finally interpreted so that the interest or other
loan charges collected or to be collected in connection with this loan exceed the permitted limits, then: (a) any such loan charge
shall be reduced by the amount necessary to reduce the charge to the permitted limit; and (b) any sums already collected from
me which exceeded permitted limits will be refunded to me. The Note Holder may choose to make this refund by reducing the
Principal I owe under this Note or by making a direct payment to me. If a refund reduces Principal, the reduction will be treated
as a partial Prepayment.

88YATES.WILLIAM                        919772                                        0

COD: CW-VA IO FXD NTE-3166-05/04
Conv
INTEREST ONLY Fixed Rate Note - VA
FE-3166(VA) (0301)              Page 1 of 3







6. **BORROWER'S FAILURE TO PAY AS REQUIRED**

   (A) Late Charge for Overdue Payments

   If the Note Holder has not received the full amount of any monthly payment by the end of        **15**        calendar days after the date it is due, I will pay a late charge to the Note Holder. The amount of the charge will be **5.0000** % of my overdue payment of interest and/or principal and interest. I will pay this late charge promptly but only once on each late payment.

   (B) Default

   If I do not pay the full amount of each monthly payment on the date it is due, I will be in default.

   (C) Notice of Default

   If I am in default, the Note Holder may send me a written notice telling me that if I do not pay the overdue amount by a certain date, the Note Holder may require me to pay immediately the full amount of Principal which has not been paid and all the interest that I owe on that amount. That date must be at least 30 days after the date on which the notice is mailed to me or delivered by other means.

   (D) No Waiver By Note Holder

   Even if, at a time when I am in default, the Note Holder does not require me to pay immediately in full as described above, the Note Holder will still have the right to do so if I am in default at a later time.

   (E) Payment of Note Holder's Costs and Expenses

   If the Note Holder has required me to pay immediately in full as described above, the Note Holder will have the right to be paid back by me for all of its costs and expenses in enforcing this Note to the extent not prohibited by applicable law. Those expenses include, for example, reasonable attorneys' fees.

7. **GIVING OF NOTICES**

   Unless applicable law requires a different method, any notice that must be given to me under this Note will be given by delivering it or by mailing it by first class mail to me at the Property Address above or at a different address if I give the Note Holder a notice of my different address.

   Any notice that must be given to the Note Holder under this Note will be given by delivering it or by mailing it by first class mail to the Note Holder at the address stated in Section 3(A) above or at a different address if I am given a notice of that different address.

8. **OBLIGATIONS OF PERSONS UNDER THIS NOTE**

   If more than one person signs this Note, each person is fully and personally obligated to keep all of the promises made in this Note, including the promise to pay the full amount owed. Any person who is a guarantor, surety or endorser of this Note is also obligated to do these things. Any person who takes over these obligations, including the obligations of a guarantor, surety or endorser of this Note, is also obligated to keep all of the promises made in this Note. The Note Holder may enforce its rights under this Note against each person individually or against all of us together. This means that any one of us may be required to pay all of the amounts owed under this Note.

9. **WAIVERS**

   I and any other person who has obligations under this Note waive the rights of Presentment and Notice of Dishonor and waive the benefit of the homestead exemption as to the Property described in the Security Instrument (as defined below). "Presentment" means the right to require the Note Holder to demand payment of amounts due. "Notice of Dishonor" means the right to require the Note Holder to give notice to other persons that amounts due have not been paid.

10. **UNIFORM SECURED NOTE**

    This Note is a uniform instrument with limited variations in some jurisdictions. In addition to the protections given to the Note Holder under this Note, a Mortgage, Deed of Trust, or Security Deed (the "Security Instrument"), dated the same date as this Note, protects the Note Holder from possible losses which might result if I do not keep the promises which I make in this Note. That Security Instrument describes how and under what conditions I may be required to make immediate payment in full of all amounts I owe under this Note. Some of those conditions are described as follows:

        If all or any part of the Property or any Interest in the Property is sold or transferred (or if Borrower is not a natural person and a beneficial interest in Borrower is sold or transferred) without Lender's prior written consent, Lender may require immediate payment in full of all sums secured by this Security Instrument. However, this option shall not be exercised by Lender if such exercise is prohibited by Applicable Law.

        If Lender exercises this option, Lender shall give Borrower notice of acceleration. The notice shall provide a period of not less than 30 days from the date the notice is given in accordance with Section 15 within which Borrower must pay all sums secured by this Security Instrument. If Borrower fails to pay these sums prior to the expiration of this period, Lender may invoke any remedies permitted by this Security Instrument without further notice or demand on Borrower.

88YATES.WILLIAM                              919772                                                    0

Conv
INTEREST ONLY Fixed Rate Note - VA
FE-3166(VA) (0301)        Page 2 of 3

Initials: 

WITNESS THE HAND(S) AND SEAL(S) OF THE UNDERSIGNED.

_____ (Seal)
ESTHER M YATES                              -Borrower

_____ (Seal)
                                            -Borrower

_____ (Seal)
                                            -Borrower

_____ (Seal)
                                            -Borrower

*[Sign Original Only]*

This is to certify that this is the Note described in and secured by a Deed of Trust dated    10/25/05
on the Property located in        PRINCE WILLIAM County            , Virginia.

My Commission Expires:  7·31·08

_____
Notary Public

Fairfax County
Commonwealth of
Virginia

88YATES.WILLIAM                      919772                                    0

Conv
INTEREST ONLY Fixed Rate Note – VA
FE-3166(VA) (0011)                    Page 3 of 3



Global Corporate Trust Services
60 Livingston Avenue
EP-MN-WS3D
Saint Paul, MN 55107

usbank.com

September 15, 2017

William & Esther Yates
8236 Stoddard Drive,
Manassas, VA 20110

Re:   8236 Stoddard Drive, Manassas, VA 20110 - Complaint

Dear Mr. & Ms.Yates:

Thank you for your request for assistance directed to U.S. Bank National Association ("U.S. Bank"). I have been asked to address your concerns on behalf of U.S. Bank and appreciate the opportunity to do so.

We researched the above referenced address and determined that we are merely the trustee for the Trust that owns the mortgage and note on this property. The servicer is the party to the Trust that has the authority and responsibility to make decisions and take action regarding individual mortgage loans in the Trust. The trustee has no authority or responsibility to review and or approve or disapprove of these decisions and actions. It is the servicer who has taken all action regarding this property and is the proper party to address your concerns. Please note, the Trust is the owner of the mortgage and note, not the trustee, or us in our individual capacity.

As we are not able to address your concerns, please work with Mr. Cooper ("fka Nationstar") as the servicer for this property. We forwarded your correspondence to Mr. Cooper and requested they respond to you. They responded and stated you may contact them at Andrenisha Sidney at 972.956.6823 with your concerns.

While U.S. Bank understands and wishes to assist you with this matter, the servicer is the only party with the authority and responsibility to make decisions regarding this mortgage and they are not affiliated with U.S. Bank in any way.

We regret that we are unable to be of further direct assistance to you regarding this matter. Please contact Mr. Cooper using the information provided above so that they may assist you in a more timely and efficient manner.

Sincerely

Kevin Goldade
Corporate Trust Services
60 Livingston Ave
St Paul, MN 55107
cc: Mr. Cooper Mortgage



Global Corporate Trust Services
60 Livingston Avenue
EP-MN-WS3D
Saint Paul, MN 55107

usbank.com

December 12, 2017

Esther Yates
8236 Stoddard Drive,
Manassas, VA 20110

Re:  8236 Stoddard Drive, Manassas, VA 20110 -- CFPB Complaint

Dear Ms. Yates:

Thank you for your request for assistance directed to the Consumer Financial Services Bureau ("CFPB") and subsequently forwarded to U.S. Bank National Association ("U.S. Bank"). I have been asked to address your concerns on behalf of U.S. Bank and appreciate the opportunity to do so.

We researched the above referenced address and determined that we are merely the trustee for the Trust that owns the mortgage and note on this property. The servicer is the party to the Trust that has the authority and responsibility to make decisions and take action regarding individual mortgage loans in the Trust. The trustee has no authority or responsibility to review and or approve or disapprove of these decisions and actions. It is the servicer who has taken all action regarding this property and is the proper party to address your concerns. Please note, the Trust is the owner of the mortgage and note, not the trustee, or us in our individual capacity.

As we are not able to address your concerns, please work with Mr. Cooper ("fka Nationstar") as the servicer for this property. We forwarded your correspondence to Mr. Cooper and requested they respond to you. They responded and stated you may contact them at Jeff Banda @ 972.219.4498 com with your concerns.

I have included a brochure that further explains the roles of the trust and the servicer that I hope you find helpful.

While U.S. Bank understands and wishes to assist you with this matter, the servicer is the only party with the authority and responsibility to make decisions regarding this mortgage and they are not affiliated with U.S. Bank in any way.

We regret that we are unable to be of further direct assistance to you regarding this matter. Please contact Mr Cooper using the information provided above so that they may assist you in a more timely and efficient manner.

Sincerely

Kevin Goldade
Corporate Trust Services
60 Livingston Ave
St Paul, MN 55107
cc: Mr. Cooper Mortgage

## AFFIDAVIT OF MICHAEL P. HOUSTON

STATE OF VIRGINIA )
)§:
COUNTY OF *Fairfax* )

I, Michael P. Houston, being duly sworn deposes and states that;

1. That, I am a resident of Fairfax, Virginia since 1977 and doing business at 12110 Sunset Hills Road, Reston VA 20190;

2. That, I am over eighteen years of age and have personal knowledge of the facts I am stating below;

3. That, I am not a party to this action;

4. That, I am competent to state the following facts based on my personal knowledge;

5. That, I am a Mortgage Banker at Homeside Financial, 12110 Sunset Hills Road, Reston VA 20190;

6. That, from June 1999 to January 2009, I was the owner and president of Premier Mortgage Company, LLC, 12150 Monument Drive, #425, Fairfax, VA 22033;

7. That, on March 9, 2018, at about 11:30 am I met with Mr. William R. Yates and Ms. Esther M. Yates at Newgate Shopping Center, 14120 Lee Hwy. Centreville VA 20120, relative to my signature on a promissory note, dated October 25, 2005 related to property located at 8236 Stoddard Drive Manassas, VA 20110;

8. That at this meeting I was given a copy of a three-page document dated October 25, 2005, entitled "Interest Only Fixed Rate Note", amount of $412,000.00, lender named "Premier Mortgage Company, LLC", and borrower named and signed "Esther M. Yates". A copy of this document is attached as Exhibit A;

9. That on March 09, 2018, I reviewed the Promissory Note dated October 25, 2005 and my findings are as follows:

   a) That, on page 3 of the promissory note, dated October 25, 2005 related to property located at 8236 Stoddard Drive Manassas, VA 20110, the signature written as "Michael P. Houston", in the first stamp on the page is NOT of my

1

signature and was not written with my hand;

b) That, on page 3 of the promissory note, dated October 25, 2005 related to property located at 8236 Stoddard Drive Manassas, VA 20110, the signature written as "Michael P. Houston" by someone other than me is affixed below:



c) That, I, Michael P. Houston, did not sign and or endorse the original of this promissory note, dated October 25, 2005 related to property located at 8236 Stoddard Drive Manassas, VA 20110 as then President of Premier Mortgage Company, LLC to "Pay to the Order of George Mason Mortgage, LLC without Recourse;

d) That, below are samples of my bona-fide signature which visibly differs from the signature referenced in the promissory note that was not signed by me:



10. SIGNED UNDER THE PENALTIES OF PERJURY.

Date: March 4\1\ 2018

Michael P. Houston
12210 Fairfax Center
Fairfax, VA 22033
Tel: (703) 927-3219
Email: mikehouston518@gmail.com

2

## VERIFICATION UNDER OATH

STATE OF VIRGINIA        )
                                         )§:
COUNTY OF _Fairfax_ )

The within named person (Affiant), Michael P. Houston, who is a resident of _Fairfax_ County, State of Virginia, personally came and appeared before me, the undersigned Notary Public, on this _21st_, day of March 2018 and makes this his/her statement, testimony and General Affidavit under oath or affirmation, in good faith, and under penalty of perjury, of sincere belief and personal knowledge that the following matters, facts, and things set forth are true and correct, to the best of his knowledge:

Witness my hand and official seal.

Notary Public_____

My Commission Expires on _01/31/2019_        SEAL

M.Nawaz Raja
Notary Public
Commonwealth of Virginia
7600979
My Commission Expires January 31, 2019



# INTEREST ONLY FIXED RATE NOTE

October 25, 2005                          WOODBRIDGE                          Virginia
[Date]                                      [City]                            [State]

8236 STODDARD ROAD,MANASSAS,VA 20110
[Property Address]

## 1. BORROWER'S PROMISE TO PAY

In return for a loan that I have received, I promise to pay U.S. $ 412,000.00      (this amount is called "Principal"),
plus interest, to the order of the Lender. The Lender is
PREMIER MORTGAGE COMPANY, LLC, A VIRGINIA CORPORATION
I will make all payments under this Note in the form of cash, check or money order.

I understand that the Lender may transfer this Note. The Lender or anyone who takes this Note by transfer and who is
entitled to receive payments under this Note is called the "Note Holder."

## 2. INTEREST

Interest will be charged on unpaid principal until the full amount of Principal has been paid. I will pay interest at a yearly
rate of 6.2500 %.

The interest rate required by this Section 2 is the rate I will pay both before and after any default described in Section 6(B)
of this Note.

## 3. PAYMENTS

**(A) Time and Place of Payments**

I will make a payment every month. This payment will be for interest only for the first  120      months, and then
will consist of principal and interest.

I will make my monthly payment on the  1st      day of each month beginning on
December 1, 2005      . I will make these payments every month until I have paid all of the Principal and interest and
any other charges described below that I may owe under this Note. Each monthly payment will be applied as of its scheduled
due date, and if the payment includes both principal and interest it will be applied to interest before Principal. If, on
November 1, 2035      , I still owe amounts under this Note, I will pay those amounts in full on that date, which is
called the "Maturity Date."

I will make my monthly payments at
12150 MONUMENT DRIVE, #425, FAIRFAX, VA 22033
or at a different place if required by the Note Holder.

**(B) Amount of Monthly Payments**

My monthly payment will be in the amount of U.S. $    2,145.83      for the first  120      months of this
Note, and thereafter will be in the amount of U.S. $ 3,011.42      . The Note Holder will notify me prior to the date
of change in monthly payment.

## 4. BORROWER'S RIGHT TO PREPAY

I have the right to make payments of Principal at any time before they are due. A payment of Principal only is known as a
"Prepayment." When I make a Prepayment, I will tell the Note Holder in writing that I am doing so. I may not designate a
payment as a Prepayment if I have not made all the monthly payments due under the Note.

I may make a full Prepayment or partial Prepayments without paying a Prepayment charge. The Note Holder will use my
Prepayments to reduce the amount of Principal that I owe under this Note. However, the Note Holder may apply my
Prepayment to the accrued and unpaid interest on the Prepayment amount, before applying my Prepayment to reduce the
Principal amount of the Note. If I make a partial Prepayment, there will be no changes in the due date of my monthly payment
unless the Note Holder agrees in writing to those changes. However, if the partial Prepayment is made during the period when
my monthly payments consist only of interest, the amount of the monthly payment will decrease for the remainder of the term
when my payments consist only of interest as well as during the time that my payments consist of principal and interest. If the
partial Prepayment is made during the period when my payments consist of principal and interest, the amount of my monthly
payment will not decrease; however, the principal and the interest required under this Note will be paid prior to the Maturity
Date.

## 5. LOAN CHARGES

If a law, which applies to this loan and which sets maximum loan charges, is finally interpreted so that the interest or other
loan charges collected or to be collected in connection with this loan exceed the permitted limits, then: (a) any such loan charge
shall be reduced by the amount necessary to reduce the charge to the permitted limit; and (b) any sums already collected from
me which exceeded permitted limits will be refunded to me. The Note Holder may choose to make this refund by reducing the
Principal I owe under this Note or by making a direct payment to me. If a refund reduces Principal, the reduction will be treated
as a partial Prepayment.

88YATES.WILLIAM                          919772                          610   106278637   N   001   002

COD: CW-VA IO FXD NTE-3188-05/04
Conv
INTEREST ONLY Fixed Rate Note - VA
FE-3166(VA) (0301)                       Page 1 of 3                     Initial: _____

## 6. BORROWER'S FAILURE TO PAY AS REQUIRED

**(A) Late Charge for Overdue Payments**

If the Note Holder has not received the full amount of any monthly payment by the end of _____15_____ calendar days after the date it is due, I will pay a late charge to the Note Holder. The amount of the charge will be _____5.0000_____ % of my overdue payment of interest and/or principal and interest. I will pay this late charge promptly but only once on each late payment.

**(B) Default**

If I do not pay the full amount of each monthly payment on the date it is due, I will be in default.

**(C) Notice of Default**

If I am in default, the Note Holder may send me a written notice telling me that if I do not pay the overdue amount by a certain date, the Note Holder may require me to pay immediately the full amount of Principal which has not been paid and all the interest that I owe on that amount. That date must be at least 30 days after the date on which the notice is mailed to me or delivered by other means.

**(D) No Waiver By Note Holder**

Even if, at a time when I am in default, the Note Holder does not require me to pay immediately in full as described above, the Note Holder will still have the right to do so if I am in default at a later time.

**(E) Payment of Note Holder's Costs and Expenses**

If the Note Holder has required me to pay immediately in full as described above, the Note Holder will have the right to be paid back by me for all of its costs and expenses in enforcing this Note to the extent not prohibited by applicable law. Those expenses include, for example, reasonable attorneys' fees.

## 7. GIVING OF NOTICES

Unless applicable law requires a different method, any notice that must be given to me under this Note will be given by delivering it or by mailing it by first class mail to me at the Property Address above or at a different address if I give the Note Holder a notice of my different address.

Any notice that must be given to the Note Holder under this Note will be given by delivering it or by mailing it by first class mail to the Note Holder at the address stated in Section 3(A) above or at a different address if I am given a notice of that different address.

## 8. OBLIGATIONS OF PERSONS UNDER THIS NOTE

If more than one person signs this Note, each person is fully and personally obligated to keep all of the promises made in this Note, including the promise to pay the full amount owed. Any person who is a guarantor, surety or endorser of this Note is also obligated to do these things. Any person who takes over these obligations, including the obligations of a guarantor, surety or endorser of this Note, is also obligated to keep all of the promises made in this Note. The Note Holder may enforce its rights under this Note against each person individually or against all of us together. This means that any one of us may be required to pay all of the amounts owed under this Note.

## 9. WAIVERS

I and any other person who has obligations under this Note waive the rights of Presentment and Notice of Dishonor and waive the benefit of the homestead exemption as to the Property described in the Security Instrument (as defined below). "Presentment" means the right to require the Note Holder to demand payment of amounts due. "Notice of Dishonor" means the right to require the Note Holder to give notice to other persons that amounts due have not been paid.

## 10. UNIFORM SECURED NOTE

This Note is a uniform instrument with limited variations in some jurisdictions. In addition to the protections given to the Note Holder under this Note, a Mortgage, Deed of Trust, or Security Deed (the "Security Instrument"), dated the same date as this Note, protects the Note Holder from possible losses which might result if I do not keep the promises which I make in this Note. That Security Instrument describes how and under what conditions I may be required to make immediate payment in full of all amounts I owe under this Note. Some of those conditions are described as follows:

If all or any part of the Property or any Interest in the Property is sold or transferred (or if Borrower is not a natural person and a beneficial interest in Borrower is sold or transferred) without Lender's prior written consent, Lender may require immediate payment in full of all sums secured by this Security Instrument. However, this option shall not be exercised by Lender if such exercise is prohibited by Applicable Law.

If Lender exercises this option, Lender shall give Borrower notice of acceleration. The notice shall provide a period of not less than 30 days from the date the notice is given in accordance with Section 15 within which Borrower must pay all sums secured by this Security Instrument. If Borrower fails to pay these sums prior to the expiration of this period, Lender may invoke any remedies permitted by this Security Instrument without further notice or demand on Borrower.

88YATES,WILLIAM                                919772                                          0

**WITNESS THE HAND(S) AND SEAL(S) OF THE UNDERSIGNED.**

_____ (Seal)
ESTHER M YATES                    -Borrower

_____ (Seal)
                                  -Borrower

_____ (Seal)
                                  -Borrower

_____ (Seal)
                                  -Borrower

[Sign Original Only]

This is to certify that this is the Note described in and secured by a Deed of Trust dated   10/25/05
on the Property located in      PRINCE WILLIAM County               , Virginia.

My Commission Expires:  7·31·08

Notary Public

Fairfax County
Commonwealth of
Virginia

PAY TO THE ORDER OF GEORGE MASON MORTGAGE, LLC
WITHOUT RECOURSE
PREMIER MORTGAGE COUNTRYWIDE
BY Michael T Houston
MICHAEL T HOUSTON, PRESIDENT

not my signature
Michael Houston

WITHOUT RECOURSE, PAY TO THE ORDER OF
COUNTRYWIDE BANK, N.A.
George Mason Mortgage, LLC
By
Teena M. Cogar, Vice President

YATES,WILLIAM                         919772                                    0

Conv
INTEREST ONLY Fixed Rate Note - VA
FE-3166(VA) (0301)                  Page 3 of 3

# CARDINAL
### Bank

*Attachment T*

Date

RE:   George Mason Mortgage, LLC

Dear Sir/Madam:

In response to the request of the above referenced customer, enclosed are the original Deed of Trust Note(s) endorsed to your order, and supporting documents, made by the following individual(s): Yates, Esther

Cu# 1062278657

## INSTRUCTIONS FOR PAYMENT

You are hereby notified that Cardinal Bank, N.A. has provided funds for this/these note(s) pursuant to that certain Mortgage Warehousing Loan and Security Agreement between George Mason Mortgage, LLC and Cardinal Bank, N.A., dated July 6, 2004. Accordingly you are hereby instructed as follows:

1.   Remit payment to Cardinal Bank, N.A. (the "Bank") no later than fifteen (15) days from the date of this letter.

2.   Please send payment to the following address:   Cardinal Bank, N.A.
       8270 Greensboro Dr, Suite 500
       McLean, VA 22102
       ABA: 056008849
       Attn: Wire Room

3.   Please indicate payment for the benefit of the George Mason Mortgage, LLC account number   504-601-2273

4.   WHEN TRANSMITTING FUNDS, PLEASE INDICATE ON THE WIRE:

       a)   Name(s) on Loan(s) being purchased.
       b)   Contact Wire Room

These notes and the other documents remain subject to the Bank's continuing security interest and are to be held by you as bailee for the benefit of the Bank. SHOULD YOU DECIDE NOT TO PURCHASE THE ENCLOSED, ALL DOCUMENTS ARE TO BE RETURNED TO CARDINAL BANK, N.A. AT THE ADDRESS STATED ABOVE WITHIN TWENTY (20) DAYS FROM THE DATE OF THIS LETTER.

Sincerely,

CARDINAL BANK, N.A.

By: _____, SVP
Title: SENIOR VICE PRESIDENT

Attachment G

Esther M. Yates & William R. Yates
8236 Stoddard Drive
Manassas, VA 20110
May 6, 2017

U.S. Bank National Association
One Federal St Third Floor
Boston MA 02110

Rosenberg & Associates, LLC
4340 East West Highway, Ste 600
Bethesda, MD 208'4

Nationstar Mortgage, LLC
8950 Cypress Waters Blvd
Coppell, TX 75019

Commonwealth Trustees, LLC
8601 Westwood Center Ste 255
Vienna, VA 22182

Consumer Financial Protection Bureau
1700 G Street
Washington, DC 20552

**Re: Rescission of Loan Number 0618617948 Real Property located at: 8236 Stoddard Drive,
Manassas, Virginia 20110, MERS MIN Number 1000633-0000919772-0**

<u>Notice to the agent is notice to the principal and notice to the principal is notice to the agent</u>

Dear Sir/Madam:

In a letter dated March 9, 2017, Rosenberg & Associates, LLC (Rosenberg) informed us that it was handling the foreclosure of our home on behalf of U.S. Bank National Association as Trustee for GSR Mortgage Loan Trust 2006-3F. On May 5, 2017, Rosenberg showed us a forged note and claimed it to be the original promissory note.

Your agents, Rosenberg and its alter ego Commonwealth Trustees, LLC (Commonwealth), have exhibited abusive, deceptive, and unfair debt collection practices. We have sent Dispute letters to other actors in this fraud and have not received any response from you. Furthermore, since you and your agents remained silent to our requests or were unable to verify and validate the debt stated above, the legal concepts of estoppel by acquiescence and tacit admission came into play whereby the alleged debt was admitted invalid, a nullity, and unenforceable, and thereby repudiated in its entirety ab initio.

Your failure to perform as herein requested have shown bad faith and established the fact that you are using abusive, deceptive, false, and unfair collection tactics against us as a consumer.

The actual money trail representing the WHOLE accounting for every penny that went in and every penny that went out that related to each loan or was attributable to each loan — for which there is no accounting in existence because if it existed it would need to be produced and if it was produced it would be discovered that two things are true: (a) that the balance owed on the obligation of the homeowner had been paid down by resort to undisclosed funds created from the transaction between the borrower and the investor-lenders, and (b) that as

1

a whole far more money went into the system than went out, leaving the intermediaries richer and the investor-lenders and homeowners poorer.

Your irregularities in the modification/short sale/foreclosure process reflect deeper failures to document properly changes of ownership as mortgage loans were securitized, and then it is possible that Treasury is dealing with the wrong parties. This could mean that we either received or were denied modifications improperly by the Nationstar Mortgage, LLC, (Nationstar).

Nationstar and " terminated trustee" US Bank N.A as trustee of DISSOLVED TRUST, GSR Mortgage Loan Trust 2006-3F, (GSR MLT 2006-3F) and other fraudulent entities in this case dealing with Treasury may have no legal right to initiate modification/short sale/foreclosure, which may call into question their ability to grant modifications or to demand payments from homeowners, whether they are part of a modification/short sale/foreclosure mitigation program or otherwise.

Nationstar, the servicer for the known securitizations participants, Rosenberg, and its alter ego Commonwealth Trustees do not have any authority to represent the alleged creditor, and could not represent them due to the obvious conflict of interest, to wit: the investor upon learning that a substantial amount of their advance of cash was pocketed by the intermediaries and now is left with the mortgage whose nominal value is far below what was paid, and whose fair market value is far below the nominal value, would have potential substantial claims against the securitization participants for fraud, conversion, breach of contract, and other claims.

Fraud upon investors is relevant to borrowers because it is additional evidence of an overall fraud and conversion scheme against borrowers, because it tends to show motive and intent in the fraud and conversion claims by the borrowers.

Accordingly, we hereby _**rescind**_ said Mortgage Loan as a full and complete defense to your illegal intent to illegally foreclose on our promissory residence pursuant to 11 U.S.C 1635 (i) (2). Through the Qualified Written Request, ("QWR") and other Dispute, and Cease and Desist letters/Notices, we have requested the following accountings and ledgers, which were not provided[1]:

> 1) FASB-95; 2) Servicer's Remittance Ledgers; 3) Trustee's Remittance Ledgers; 4) Master Servicer's Remittance Ledgers; 5) Balance Sheets; and 6) Assets Side and Liability Side Ledgers since inception of this account

We Esther Mammie Yates and William R. Yates hereby rescind the Mortgage Loan Transaction as a defense to foreclosure; we have with the Nationstar related to the property located at 8236 Stoddard Drive Manassas. VA20110 as loan number 0618617948 and MIN Number 1000633-0000919772-0. We are willing

---

[1] We requested Nationstar, Rosenberg and Rosenberg's alter ego Commonwealth Trustees to provide the accounting of our mortgage payments, but this information was not provided. Failure to provide accountings is likely an attempt to conceal actual financial situation to further benefit from their improprieties. Accounting is form of equitable relief, which is available upon order of court in equity. _McClung v. Smith, 870 F. Supp. 1384, 1400 (E.D. Va. 1994)_; this fundamental equitable remedy has long been available to require trustee or agents to account for their actions in dealing with funds of beneficiaries or principals. _See Bain v. Pulley_, 201 Va. 398, 111 S.E. 2d 287 (1959). _In Wilkins v. Gordon_, 38 Va. 547 (1841), Virginia Supreme Court held that trustee cannot proceed to sell trust subject until the debts are settled and ascertained. Furthermore, the party facing foreclosure has a _right_ to petition the Court in equity for determination on debt owed when amount is uncertain. _Wilkins_, 38 Va. at 556-57. _See generally Wills v. Chesapeake W. Ry. Co._, 178 Va. 314 (1941) (a court sitting in equity may set aside an invalid foreclosure).

and able to tender the loan proceeds minus our damages, caused by US Bank NA, Nationstar, Rosenberg and Rosenberg's alter ego Commonwealth Trustees.

First, a materially false and inaccurate Notice of falsely appointed Substitute Trustee Commonwealth Trustees, LLC has been improperly appointed and defectively issued, allegedly on behalf of non-owner, non-creditor and, the servicer and "other undisclosed non-creditors. This MBS Trust has apparently been dissolved and has no authority or standing to bring such a foreclosure action by the Nationstar as servicer and its sub agents including Rosenberg and its alter ego Commonwealth Trustees.

Second, this is to formally notify Nationstar, Rosenberg and Rosenberg's alter ego Commonwealth Trustees, and Representatives (as the listed Addressees of this letter), as well as each of the Assignors (Collectively and jointly) of the mortgage loan, including the Deed of Trust and/or Note ("Mortgage Loan"), that:

We hereby rescind said mortgage loan transactions as a Defense to Foreclosure and as Rescission by Recoupment after Three-Year Period. ("RECISSION"; See 15 U.S.C. § 1635(i) (2); TILA (Reg Z), 2009 Truth in Lending Act "TILA" Amendment; 15 U.S.C. 1641 et. seq)

We understand that according to new TILA amendment 2009:

A. The required legal notice must be given on or before the thirtieth (30th) calendar date after the date the new owner acquires the loan, with *the acquisition date deemed to be the date that the acquisition is recognized in the new owner's books and records.*

B. The notice must be given even where the new and former owners are affiliates, *provided, however,* a combined notice may be sent where one company acquires a loan and subsequently transfers it to another company, so long as the content and timing requirements are satisfied as to both entities.

C. *Nationstar, US Bank et al* and other undisclosed non-creditors, including each of the other respective parties involved that were required to and failed to send the required notices pursuant to TILA and are jointly and severally responsible and liable for each such independent violation.

D. Assignees are not exempt from the duty to provide notice. An assignee that violates this notice requirement is also subject to civil penalties. (*See* Section 130(a) of TILA, 15 USC § 1640(a) *et seq*).

E. Rescission automatically voids the security interest, (Deed of Trust). as well as eliminates the obligation to pay finance or other charges.

F. Upon RESCISSION, creditor becomes an unsecured creditor, their interest in the Promissory Note is negated and has no secured interest in the property upon which to foreclose. (*See generally,* TILA; Reg Z).

G. *Nationstar* and others et al have twenty (20) days following this letter of Rescission to either act by:

    1) Cancelling the security (Deed of Trust) (*i.e.,* must send the note back cancelled and if they have filed or recorded a security interest, like a mortgage or Deed of Trust, they must release it by filing a release and re-conveyance or a satisfaction of mortgage), and/or

    2) Filing a declaratory action to challenge this RESCISSION in court.

H. If *Nationstar* and others et al fail to act, then by operation of law any security interest in the property and any promissory note automatically become void, and the homeowner is automatically relieved of any

obligation, including the payment of any finance or other charges (*See* generally 15 U S C 1635(b) et seq; Reg. Z.)

**Third**, in addition, it appears that the alleged creditors have also been fully paid on the Mortgage Loan by the Insurance companies, pursuant to Insurance Policies. Moreover, there may have been additional payments under one or more other insurance policies that we are advised may violate the rule against double recovery in the State of Virginia.

**Fourth**, we believe that there may also be additional grounds for Rescission based upon State, Federal, common law and/or statutory fraud and/or unjust enrichment, mutual misunderstanding, frustration of purpose, *et al.*

Accordingly, we hereby rescind said Mortgage Loan as a full and complete defense to the Notice of substitute trustee's Foreclosure Sale, as well as to any future foreclosure on our primary residence stated above. You, your agents and so called the attorneys, Rosenberg, Commonwealth Trustees, *Nationstar* and others et al, have admitted it by noncompliance.

We have requested to Consumer Financial Protection Bureau,(CFPB) and requested *to take action against,* US Bank the terminated trustee, Rosenberg, Commonwealth Trustees, *Nationstar, for this fraudulent debt,* in violation of 15U.S.C. §1692e (2)(A), threatened to take an action that cannot legally be taken or that it did not intend to take, in violation of §1692e(5), and used a false representation or deceptive means to collect or attempt to collect a debt, in violation of §1692e(10).

Rosenberg, Commonwealth Trustees, US Bank and their alleged clients *Nationstar* were involved in Unfair, Deceptive, or Abusive Acts or Practices, (UDAAP) in Collection of Consumer Debts, and failed to comply with any obligations they have under FDCPA, in addition to any obligations to refrain from UDAAPs.

Under Dodd-Frank Wall Street Reform and Consumer Protection Act (Dodd-Frank Act), Rosenberg, Commonwealth Trustees, US Bank and their alleged clients *Nationstar* are legally required to refrain from committing, UDAAP. Rosenberg, Commonwealth Trustees, US Bank and their alleged clients *Nationstar's* UDAAPs caused significant financial injury to us as consumer, erode confidence, and undermine fair competition in financial marketplace.

Rosenberg, Commonwealth Trustees, US Bank and their alleged clients *Nationstar* under Dodd-Frank Act involved in collecting debt related to any consumer financial product or service are subject to prohibition against UDAAPs in the Dodd-Frank Act. *See Dodd-Frank Act, §§ 1002, 1031 & 1036(a), codified at 12 U.S.C. §§ 5481, 5531 & 5536(a).* It is prohibited for any person, to knowingly or recklessly provide substantial assistance to a covered person or service provider in violating *section 1031 of the Dodd-Frank Act. See* § 1036(a) (3), 12U.S.C. § 5536 (a) (3).

Signed with reservation of all of our rights.

*Please govern yourself accordingly*

Sincerely,

Esther M. Yates & William R. Yates
8236 Stoddard Drive
Manassas, VA20110

4

Esther M. Yates & William R. Yates
8236 Stoddard Drive
Manassas, VA 20110

Attachment H

September 1, 2017

U.S. Bank National Association
c/o Nationstar Mortgage, LLC
8950 Cypress Waters Blvd.
Coppell, TX 75019

U.S. Bank National Association
One Federal Street, Third Floor
Boston MA 02110

Rosenberg & Associates, LLC
4340 East West Highway, Suite 600
Bethesda, MD 20816

Commonwealth Trustees, LLC
8601 Westwood Center, Suite 255
Vienna, VA 22182

**Re: Loan Number 0618617948 - Real Property located at 8236 Stoddard Dive, Manassas, Virginia 20110; MERS MIN Number 1000633-0000919772-0**

*"Notice to the Agent is Notice to the Principal and Notice to the Principal is Notice of the Agent"*

Dear Sir/Madam:

Pursuant to the provisions of 15 U.S.C. § 1635(i) (2), we hereby rescind the above-referenced loan, as a defense to foreclosure.

We have already rescinded the subject loan transaction on May 6, 2017 and mailed a copy to the alleged creditor named above. As of today, more than 20 days has passed and the window is now closed due to the fact that no one filed a declaratory action in court to challenge our rescission within the 20-day period.

Thus, by operation of law, the rescission was self-imposed the day we mailed the rescission notice in May.

1

Due to the rescission, your alleged interest in subject property and the promissory note (Note) was negated. The Deed of Trust (DOT) became void and the Note became unsecured, thus discharged in my (Esther Mammie Yates) Chapter 7 bankruptcy.

We stated in the rescission that we are willing to tender the loan proceeds minus our damages to the bona fide creditor once the Note is proven valid and enforceable. Please provide us with the financial institution's information, including routing number, etc., to which the tender should be mailed.

Your scheduling of a wrongful foreclosure by Commonwealth Trustees, LLC, based on a void instrument, is illegal.

We reserve a right to sue all, including the agents acting for non-creditors, who have acted as vehicle of fraud in a civil theft.

Please govern yourself accordingly.

Esther M. Yates & William R. Yates
8236 Stoddard Drive
Manassas, VA 20110

2

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | WILLIAM | RASHIDU | YATES |
| | First Name | Middle Name | Last Name |
| Debtor 2 | N/A | | |
| (Spouse if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Eastern District of Virginia

Case number _____
(If known)

**Check one box only as directed in this form and in Form 122A-1Supp:**

☐ 1. There is no presumption of abuse.

☑ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 122A–2).

☐ 3. The Means Test does not apply now because of *qualified military service* but it could apply later.

☐ Check if this is an amended filing

## Official Form 122A—1

# Chapter 7 Statement of Your Current Monthly Income
12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 122A-1Supp) with this form.

**Part 1:    Calculate Your Current Monthly Income**

1. **What is your marital and filing status?** Check one only.

☐ **Not married.** Fill out Column A, lines 2-11

☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

☑ **Married and your spouse is NOT filing with you.** You and your spouse are:

   ☑ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.

   ☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C. § 707(b)(7)(B).

**Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case.** 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|
| 2. **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ 0.00 | $ 6,160.27 |
| 3. **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ 0.00 | $ 0.00 |
| 4. **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $ 0.00 | $ 0.00 |

5. **Net income from operating a business, profession, or farm**

| | Debtor 1 | Debtor 2 | | |
|---|---|---|---|---|
| Gross receipts (before all deductions) | $ 0.00 | $_____ | | |
| Ordinary and necessary operating expenses | − $ 0.00 | − $_____ | | |
| Net monthly income from a business, profession, or farm | $ 0.00 | $ 0.00 Copy here ➜ | $ 0.00 | $ 0.00 |

6. **Net income from rental and other real property**

| | Debtor 1 | Debtor 2 | | |
|---|---|---|---|---|
| Gross receipts (before all deductions) | $ 0.00 | $_____ | | |
| Ordinary and necessary operating expenses | − $ 0.00 | − $_____ | | |
| Net monthly income from rental or other real property | $ 0.00 | $ 0.00 Copy here ➜ | $ 0.00 | $ 0.00 |

| 7. **Interest, dividends, and royalties** | $ 0.00 | $ 0.00 |
|---|---|---|

Debtor 1    __WILLIAM__      __RASHIDU__         __YATES__       Case number (if known)_____
            First Name      Middle Name      Last Name

| | Column A Debtor 1 | Column B Debtor 2 or non-filing spouse |
|---|---|---|

8. **Unemployment compensation**                                                $_____0.00      $_____0.00

Do not enter the amount if you contend that the amount received was a benefit
under the Social Security Act. Instead, list it here: ................. ↓

For you ................................... $_____0.00

For your spouse ......................... $_____0.00

9. **Pension or retirement income.** Do not include any amount received that was a    $_____0.00      $_____0.00
benefit under the Social Security Act.

10. **Income from all other sources not listed above. Specify the source and amount**
Do not include any benefits received under the Social Security Act or payments received
as a victim of a war crime, a crime against humanity, or international or domestic
terrorism. If necessary, list other sources on a separate page and put the total below.

_____                            $_____0.00      $_____0.00

_____                            $_____0.00      $_____0.00

Total amounts from separate pages, if any.                         + $_____0.00    + $_____0.00

11. **Calculate your total current monthly income.** Add lines 2 through 10 for each
column. Then add the total for Column A to the total for Column B.    $_____0.00  +  $__6,160.27  =  $ 6,160.27

Total current
monthly income

---

**Part 2:**  **Determine Whether the Means Test Applies to You**

12 **Calculate your current monthly income for the year.** Follow these steps:

12a.  Copy your total current monthly income from line 11........................... Copy line 11 here ➔    $ 6,160.27

Multiply by 12 (the number of months in a year).                                          x  12

12b  The result is your annual income for this part of the form.                    12b. $73,923.24

13. **Calculate the median family income that applies to you.** Follow these steps:

Fill in the state in which you live            Virginia

Fill in the number of people in your household.       : 02

Fill in the median family income for your state and size of household. .......................13    $ 71,871.00
To find a list of applicable median income amounts, go online using the link specified in the separate
instructions for this form. This list may also be available at the bankruptcy clerk's office.

14. **How do the lines compare?**

14a. ☐  Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.*
Go to Part 3.

14b. ■  Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2.*
Go to Part 3 and fill out Form 122A-2.

---

**Part 3:**  **Sign Below**

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

✖ William Rashidu Yates  *WRYes*              ✖ N/A
Signature of Debtor 1                          Signature of Debtor 2

Date 11/14/2018                                Date _____
    MM / DD  / YYYY                                 MM / DD  / YYYY

If you checked line 14a, do NOT fill out or file Form 122A-2.

If you checked line 14b, fill out Form 122A-2 and file it with this form.

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | WILLIAM | RASHIDU | YATES |
| | First Name | Middle Name | Last Name |
| Debtor 2 | N/A | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | Eastern District of Virginia | | |
| Case number (if known) | | | |

Check the appropriate box as directed in lines 40 or 42:

According to the calculations required by this Statement:

☐ 1. There is no presumption of abuse.

☐ 2. There is a presumption of abuse.

☐ Check if this is an amended filing

## Official Form 122A–2

# Chapter 7 Means Test Calculation

04/16

To fill out this form, you will need your completed copy of *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A-1).

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known).

### Part 1:    Determine Your Adjusted Income

1. Copy your total current monthly income................................................ Copy line 11 from Official Form 122A-1 here ➡ ........    $ 6,160.27

2. Did you fill out Column B in Part 1 of Form 122A–1?

   ☐ No. Fill in $0 for the total on line 3.

   ☑ Yes. Is your spouse filing with you?

      ☑ No. Go to line 3.

      ☐ Yes. Fill in $0 for the total on line 3.

3. **Adjust your current monthly income by subtracting any part of your spouse's income not used to pay for the household expenses of you or your dependents.** Follow these steps:

   On line 11, Column B of Form 122A–1, was any amount of the income you reported for your spouse NOT regularly used for the household expenses of you or your dependents?

   ☑ No. Fill in 0 for the total on line 3.

   ☐ Yes. Fill in the information below:

   | State each purpose for which the income was used<br>For example, the income is used to pay your spouse's tax debt or to support people other than you or your dependents | Fill in the amount you are subtracting from your spouse's income |
   |---|---|
   | _____ | $_____ |
   | _____ | $_____ |
   | _____ | + $_____ |
   | Total ................................................ | $_____0.00 |

   Copy total here ........ ➡  — $_____0.00

4. **Adjust your current monthly income.** Subtract the total on line 3 from line 1.

   $ 6,160.27

| Debtor 1 | WILLIAM | RASHIDU | YATES | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

---

**Part 2:    Calculate Your Deductions from Your Income**

---

The Internal Revenue Service (IRS) issues National and Local Standards for certain expense amounts. Use these amounts to answer the questions in lines 6-15. To find the IRS standards, go online using the link specified in the separate instructions for this form. This information may also be available at the bankruptcy clerk's office.

Deduct the expense amounts set out in lines 6-15 regardless of your actual expense. In later parts of the form, you will use some of your actual expenses if they are higher than the standards. Do not deduct any amounts that you subtracted from your spouse's income in line 3 and do not deduct any operating expenses that you subtracted from income in lines 5 and 6 of Form 122A-1.

If your expenses differ from month to month, enter the average expense.

Whenever this part of the form refers to *you*, it means both you and your spouse if Column B of Form 122A-1 is filled in

5. **The number of people used in determining your deductions from income**

Fill in the number of people who could be claimed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support. This number may be different from the number of people in your household.

2

**National Standards**    You must use the IRS National Standards to answer the questions in lines 6-7.

6. **Food, clothing, and other items:** Using the number of people you entered in line 5 and the IRS National Standards, fill in the dollar amount for food, clothing, and other items.

$ 1,132.00

7. **Out-of-pocket health care allowance:** Using the number of people you entered in line 5 and the IRS National Standards, fill in the dollar amount for out-of-pocket health care. The number of people is split into two categories—people who are under 65 and people who are 65 or older—because older people have a higher IRS allowance for health care costs. If your actual expenses are higher than this IRS amount, you may deduct the additional amount on line 22.

**People who are under 65 years of age**

7a.  Out-of-pocket health care allowance per person    $ 49.00

7b.  Number of people who are under 65    x 2

7c.  **Subtotal.** Multiply line 7a by line 7b.    $ 98.00    Copy here➔  $ 98.00

**People who are 65 years of age or older**

7d.  Out-of-pocket health care allowance per person    $ 117.00

7e.  Number of people who are 65 or older    x 0

7f.  **Subtotal.** Multiply line 7d by line 7e.    $ 0.00    Copy here➔  + $ 0.00

7g.  **Total.** Add lines 7c and 7f ...............................................    $ 98.00    Copy total here➔  $ 98.00

| Debtor 1 | WILLIAM | RASHIDU | | YATES | Case number (if known) |
|---|---|---|---|---|---|
| | First Name | Middle Name | | Last Name | |

**Local Standards**      You must use the IRS Local Standards to answer the questions in lines 8-15.

**Based on information from the IRS, the U.S. Trustee Program has divided the IRS Local Standard for housing for bankruptcy purposes into two parts:**

■ Housing and utilities – Insurance and operating expenses
■ Housing and utilities – Mortgage or rent expenses

**To answer the questions in lines 8-9, use the U.S. Trustee Program chart.**

To find the chart, go online using the link specified in the separate instructions for this form.
This chart may also be available at the bankruptcy clerk's office.

8. **Housing and utilities – Insurance and operating expenses:** Using the number of people you entered in line 5, fill in the dollar amount listed for your county for insurance and operating expenses. .................................................................  $____594.00

9. **Housing and utilities – Mortgage or rent expenses:**

9a. Using the number of people you entered in line 5, fill in the dollar amount listed for your county for mortgage or rent expenses.....................................................  $ 1,566.00

9b. Total average monthly payment for all mortgages and other debts secured by your home.

To calculate the total average monthly payment, add all amounts that are contractually due to each secured creditor in the 60 months after you file for bankruptcy. Then divide by 60.

| Name of the creditor | Average monthly payment |
|---|---|
| UNDISCLOSED | $ 450.00 |
| UNDISCLOSED | $ 2,656.00 |
| | + $ 3,106.00 |

| Total average monthly payment | $ 3,106.00 | Copy here ➡ | — $ 3,106.00 | Repeat this amount on line 33a |
|---|---|---|---|---|

9c. Net mortgage or rent expense.
Subtract line 9b (*total average monthly payment*) from line 9a (*mortgage or rent expense*). If this amount is less than $0, enter $0.  .............................. $ 0.00 Copy here ➡  $ 0.00

10. **If you claim that the U.S. Trustee Program's division of the IRS Local Standard for housing is incorrect and affects the calculation of your monthly expenses, fill in any additional amount you claim.**  $ 0.00

Explain why: _____
_____
_____

11. **Local transportation expenses:** Check the number of vehicles for which you claim an ownership or operating expense.

❑ 0. Go to line 14.
❑ 1. Go to line 12.
☑ 2 or more. Go to line 12.

12. **Vehicle operation expense:** Using the IRS Local Standards and the number of vehicles for which you claim the operating expenses, fill in the *Operating Costs* that apply for your Census region or metropolitan statistical area.  $ 490.00

| Debtor 1 | WILLIAM | RASHIDU | YATES | Case number (if known)_____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

13. **Vehicle ownership or lease expense:** Using the IRS Local Standards, calculate the net ownership or lease expense for each vehicle below. You may not claim the expense if you do not make any loan or lease payments on the vehicle. In addition, you may not claim the expense for more than two vehicles.

**Vehicle 1     Describe Vehicle 1:**     2007 Toyota HIghlander Location: 8236 Stoddard Drive, Mana

13a.  Ownership or leasing costs using IRS Local Standard. ................................... .......... $_____485.00

13b.  Average monthly payment for all debts secured by Vehicle 1.
      Do not include costs for leased vehicles.

      To calculate the average monthly payment here and on line 13e, add all
      amounts that are contractually due to each secured creditor in the 60 months
      after you filed for bankruptcy. Then divide by 60.

| Name of each creditor for Vehicle 1 | Average monthly payment | | |
|---|---|---|---|
| Wells Fargo Dealer Services | $ 213.00 | | |
| _____ | + $ 0.00 | | |
| Total average monthly payment | $ 213.00 | Copy here ➜ − $ 213.00 | Repeat this amount on line 33b |

13c.  Net Vehicle 1 ownership or lease expense
      Subtract line 13b from line 13a. If this amount is less than $0, enter $0. . . . . . . . . . . .        $ 272.00    Copy net Vehicle 1 expense here ➜    $_____272.00

**Vehicle 2     Describe Vehicle 2:** _____

13d.  Ownership or leasing costs using IRS Local Standard. ................................... $_____0.00

13e.  Average monthly payment for all debts secured by Vehicle 2.
      Do not include costs for leased vehicles.

| Name of each creditor for Vehicle 2 | Average monthly payment | | |
|---|---|---|---|
| NONE | $ 0.00 | | |
| _____ | + $ 0.00 | | |
| Total average monthly payment | $ 0.00 | Copy here ➜ − $ 0.00 | Repeat this amount on line 33c. |

13f.  Net Vehicle 2 ownership or lease expense
      Subtract line 13e from 13d. If this amount is less than $0, enter $0. . . . . . . . . .        $ 0.00    Copy net Vehicle 2 expense here ➜    $_____0.00

14. **Public transportation expense:** If you claimed 0 vehicles in line 11, using the IRS Local Standards, fill in the
    *Public Transportation* expense allowance regardless of whether you use public transportation.        $_____0.00

15. **Additional public transportation expense:** If you claimed 1 or more vehicles in line 11 and if you claim that you may also
    deduct a public transportation expense, you may fill in what you believe is the appropriate expense, but you may not claim
    more than the IRS Local Standard for *Public Transportation.*        $_____0.00

Debtor 1   __WILLIAM____RASHIDU_____YATES_____   Case number (if known)_____
          First Name    Middle Name         Last Name

**Other Necessary Expenses**   In addition to the expense deductions listed above, you are allowed your monthly expenses for
the following IRS categories.

16. **Taxes:** The total monthly amount that you will actually owe for federal, state and local taxes, such as income taxes, self-
    employment taxes, Social Security taxes, and Medicare taxes. You may include the monthly amount withheld from your
    pay for these taxes. However, if you expect to receive a tax refund, you must divide the expected refund by 12 and
    subtract that number from the total monthly amount that is withheld to pay for taxes                                      $ _914.16_

    Do not include real estate, sales, or use taxes.

17. **Involuntary deductions:** The total monthly payroll deductions that your job requires, such as retirement contributions,
    union dues, and uniform costs

    Do not include amounts that are not required by your job, such as voluntary 401(k) contributions or payroll savings.       $ __0.00_

18. **Life insurance:** The total monthly premiums that you pay for your own term life insurance.  If two married people are filing
    together, include payments that you make for your spouse's term life insurance.  Do not include premiums for life
    insurance on your dependents, for a non-filing spouse's life insurance, or for any form of life insurance other than term.   $ __0.00_

19. **Court-ordered payments:** The total monthly amount that you pay as required by the order of a court or administrative
    agency, such as spousal or child support payments.

    Do not include payments on past due obligations for spousal or child support. You will list these obligations in line 35.    $ __0.00_

20. **Education:** The total monthly amount that you pay for education that is either required:
    ■ as a condition for your job, or
    ■ for your physically or mentally challenged dependent child if no public education is available for similar services.       $ __0.00_

21. **Childcare:** The total monthly amount that you pay for childcare, such as babysitting, daycare, nursery, and preschool.
    Do not include payments for any elementary or secondary school education                                                    $ __0.00_

22. **Additional health care expenses, excluding insurance costs:** The monthly amount that you pay for health care that
    is required for the health and welfare of you or your dependents and that is not reimbursed by insurance or paid by a
    health savings account. Include only the amount that is more than the total entered in line 7.
    Payments for health insurance or health savings accounts should be listed only in line 25.                                  $ __0.00_

23. **Optional telephones and telephone services:** The total monthly amount that you pay for telecommunication services for
    you and your dependents, such as pagers, call waiting, caller identification, special long distance, or business cell phone
    service, to the extent necessary for your health and welfare or that of your dependents or for the production of income, if it   + $ __0.00_
    is not reimbursed by your employer.

    Do not include payments for basic home telephone, internet and cell phone service. Do not include self-employment
    expenses, such as those reported on line 5 of Official Form 122A-1, or any amount you previously deducted.

24. **Add all of the expenses allowed under the IRS expense allowances.**                                                       $ 3,500.10
    Add lines 6 through 23.

**Additional Expense Deductions**    These are additional deductions allowed by the Means Test.
*Note:* Do not include any expense allowances listed in lines 6-24.

25. **Health insurance, disability insurance, and health savings account expenses.** The monthly expenses for health insurance, disability insurance, and health savings accounts that are reasonably necessary for yourself, your spouse, or your dependents.

| | | |
|---|---|---|
| Health insurance | $ | 0.00 |
| Disability insurance | $ | 0.00 |
| Health savings account | + $ | 0.00 |
| Total | $ | 0.00 |

Copy total here ➔ ................................. $_____0.00

Do you actually spend this total amount?

☐ No. How much do you actually spend?    $_____

☑ Yes

26. **Continuing contributions to the care of household or family members.** The actual monthly expenses that you will continue to pay for the reasonable and necessary care and support of an elderly, chronically ill, or disabled member of your household or member of your immediate family who is unable to pay for such expenses. These expenses may include contributions to an account of a qualified ABLE program. 26 U.S.C. § 529A(b).    $_____0.00

27. **Protection against family violence.** The reasonably necessary monthly expenses that you incur to maintain the safety of you and your family under the Family Violence Prevention and Services Act or other federal laws that apply.    $_____0.00

By law, the court must keep the nature of these expenses confidential.

28. **Additional home energy costs.** Your home energy costs are included in your insurance and operating expenses on line 8.

If you believe that you have home energy costs that are more than the home energy costs included in expenses on line 8, then fill in the excess amount of home energy costs.

You must give your case trustee documentation of your actual expenses, and you must show that the additional amount claimed is reasonable and necessary.    $_____0.00

29. **Education expenses for dependent children who are younger than 18.** The monthly expenses (not more than $160.42* per child) that you pay for your dependent children who are younger than 18 years old to attend a private or public elementary or secondary school.

You must give your case trustee documentation of your actual expenses, and you must explain why the amount claimed is reasonable and necessary and not already accounted for in lines 6-23.    $_____0.00

* Subject to adjustment on 4/01/19, and every 3 years after that for cases begun on or after the date of adjustment.

30. **Additional food and clothing expense.** The monthly amount by which your actual food and clothing expenses are higher than the combined food and clothing allowances in the IRS National Standards. That amount cannot be more than 5% of the food and clothing allowances in the IRS National Standards.    $_____0.00

To find a chart showing the maximum additional allowance, go online using the link specified in the separate instructions for this form. This chart may also be available at the bankruptcy clerk's office.

You must show that the additional amount claimed is reasonable and necessary.

31. **Continuing charitable contributions.** The amount that you will continue to contribute in the form of cash or financial instruments to a religious or charitable organization. 26 U.S.C. § 170(c)(1)-(2).    + $_____0.00

32. **Add all of the additional expense deductions.**    $_____0.00
Add lines 25 through 31.

| Debtor 1 | WILLIAM | RASHIDU | YATES | Case number (if known) |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Deductions for Debt Payment**

33. **For debts that are secured by an interest in property that you own, including home mortgages, vehicle loans, and other secured debt, fill in lines 33a through 33e.**

To calculate the total average monthly payment, add all amounts that are contractually due to each secured creditor in the 60 months after you file for bankruptcy. Then divide by 60.

Average monthly payment

Mortgages on your home:

33a. Copy line 9b here ............................................ ➔   $ _____3,106.00_

Loans on your first two vehicles:

33b. Copy line 13b here ........................................... ➔   $ _____213.00_

33c. Copy line 13e here ........................................... ➔   $ _____0.00_

33d. List other secured debts:

| Name of each creditor for other secured debt | Identify property that secures the debt | Does payment include taxes or insurance? | |
|---|---|---|---|
| _NONE_ | | ☐ No ☐ Yes | $ _____0.00_ |
| _NONE_ | | ☐ No ☐ Yes | $ _____0.00_ |
| _NONE_ | | ☐ No ☐ Yes | + $ _____0.00_ |

33e. Total average monthly payment. Add lines 33a through 33d. .......................   $ __3,319.00_   Copy total here ➔   $ __3,319.00_

34. **Are any debts that you listed in line 33 secured by your primary residence, a vehicle, or other property necessary for your support or the support of your dependents?**

☐ No. Go to line 35.

☑ Yes. State any amount that you must pay to a creditor, in addition to the payments listed in line 33, to keep possession of your property (called the *cure amount*). Next, divide by 60 and fill in the information below.

| Name of the creditor | Identify property that secures the debt | Total cure amount | | Monthly cure amount |
|---|---|---|---|---|
| _Undisclosed_ | _8236 Stoddard_ | $ 12,000.00 | ÷ 60 = | $ _____200.00_ |
| _Undisclosed_ | _Drive Manassas_ | $ 150,000.0 | ÷ 60 = | $ _____2,500.00_ |
| | _City VA20110_ | $ _____ | ÷ 60 = | + $ _____ |
| | | Total | | $ __2,700.00_ Copy total here ➔ $ __2,700.00_ |

35. **Do you owe any priority claims such as a priority tax, child support, or alimony — that are past due as of the filing date of your bankruptcy case?** 11 U.S.C § 507.

☐ No. Go to line 36.

☑ Yes. Fill in the total amount of all of these priority claims. Do not include current or ongoing priority claims, such as those you listed in line 19.

Total amount of all past-due priority claims ............................... $ _____800.00_   ÷ 60 =   $ _____13.33_

| Debtor 1 | WILLIAM | RASHIDU | YATES | Case number (if known) |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

36. **Are you eligible to file a case under Chapter 13?** 11 U.S.C. § 109(e).
For more information, go online using the link for *Bankruptcy Basics* specified in the separate instructions for this form. *Bankruptcy Basics* may also be available at the bankruptcy clerk's office.

☑ No. Go to line 37.

☐ Yes. Fill in the following information.

Projected monthly plan payment if you were filing under Chapter 13    $ _____

Current multiplier for your district as stated on the list issued by the Administrative Office of the United States Courts (for districts in Alabama and North Carolina) or by the Executive Office for United States Trustees (for all other districts).    x _____

To find a list of district multipliers that includes your district, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

Average monthly administrative expense if you were filing under Chapter 13    $ _____  Copy total here ➤    $ _____

37. **Add all of the deductions for debt payment.**
Add lines 33e through 36. ..................................................................  $ 6,019.00

**Total Deductions from Income**

38. **Add all of the allowed deductions.**

Copy line 24, *All of the expenses allowed under IRS expense allowances* ............ $ 3,500.16

Copy line 32, *All of the additional expense deductions* .......... $ 0.00

Copy line 37, *All of the deductions for debt payment* ............ + $ 6,019.00

Total deductions    $ 9,519.16     Copy total here .......................... ➤    $ 9,519.1

**Part 3:   Determine Whether There Is a Presumption of Abuse**

39. **Calculate monthly disposable income for 60 months**

39a. Copy line 4, *adjusted current monthly income* ...... $ 6,160.27

39b. Copy line 38, *Total deductions* .......... – $ 9,519.16

39c. Monthly disposable income. 11 U.S.C. § 707(b)(2).
Subtract line 39b from line 39a.    $ -3,358.16  Copy here ➤    $ -3,358.16

For the next 60 months (5 years) ................................  x 60

39d. **Total.** Multiply line 39c by 60 ............................................  $ -201,489.60  Copy here ➤    $ -201,489.6

40. **Find out whether there is a presumption of abuse.** Check the box that applies:

☑ **The line 39d is less than $7,700\*.** On the top of page 1 of this form, check box 1, *There is no presumption of abuse.* Go to Part 5.

☐ **The line 39d is more than $12,850\*.** On the top of page 1 of this form, check box 2, *There is a presumption of abuse.* You may fill out Part 4 if you claim special circumstances. Then go to Part 5.

☐ **The line 39d is at least $7,700\*, but not more than $12,850\*.** Go to line 41.

   \* Subject to adjustment on 4/01/19, and every 3 years after that for cases filed on or after the date of adjustment.

Debtor 1    WILLIAM    RASHIDU    YATES    Case number (if known)_____
First Name    Middle Name    Last Name

41. 41a. **Fill in the amount of your total nonpriority unsecured debt.** If you filled out *A Summary of Your Assets and Liabilities and Certain Statistical Information Schedules* (Official Form 106Sum), you may refer to line 3b on that form. ............................    $ _____

x  .25

41b. **25% of your total nonpriority unsecured debt.** 11 U.S.C. § 707(b)(2)(A)(i)(I).
Multiply line 41a by 0.25. ............................    $ _____    Copy here ➔    $ _____

42. **Determine whether the income you have left over after subtracting all allowed deductions is enough to pay 25% of your unsecured, nonpriority debt.**
Check the box that applies:

☐ **Line 39d is less than line 41b.** On the top of page 1 of this form, check box 1, *There is no presumption of abuse.* Go to Part 5.

☐ **Line 39d is equal to or more than line 41b.** On the top of page 1 of this form, check box 2, *There is a presumption of abuse.* You may fill out Part 4 if you claim special circumstances. Then go to Part 5.

**Part 4:    Give Details About Special Circumstances**

43. **Do you have any special circumstances that justify additional expenses or adjustments of current monthly income for which there is no reasonable alternative?** 11 U.S.C. § 707(b)(2)(B).

☑ No.  Go to Part 5.

☐ Yes. Fill in the following information. All figures should reflect your average monthly expense or income adjustment for each item. You may include expenses you listed in line 25.

You must give a detailed explanation of the special circumstances that make the expenses or income adjustments necessary and reasonable. You must also give your case trustee documentation of your actual expenses or income adjustments.

| Give a detailed explanation of the special circumstances | Average monthly expense or income adjustment |
|---|---|
| _____ | $ _____ |
| _____ | $ _____ |
| _____ | $ _____ |
| _____ | $ _____ |

**Part 5:    Sign Below**

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

✖ William Rashidu Yates  *[signature]*    ✖ N/A
Signature of Debtor 1    Signature of Debtor 2

Date 11/14/2018    Date _____
MM / DD / YYYY    MM / DD / YYYY

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | WILLIAM | RASHIDU | YATES |
| | First Name | Middle Name | Last Name |
| Debtor 2 | N/A | | |
| (Spouse, if filing) First Name | | Middle Name | Last Name |

United States Bankruptcy Court for the: Eastern District of Virginia

Case number
(if known)

☐ Check if this is an
amended filing

## Official Form 108

# Statement of Intention for Individuals Filing Under Chapter 7    12/15

If you are an individual filing under chapter 7, you must fill out this form if:
- creditors have claims secured by your property, or
- you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form.

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

| Part 1: | List Your Creditors Who Have Secured Claims |
|---|---|

1. For any creditors that you listed in Part 1 of *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D), fill in the information below.

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: Undisclosed C/O U.S. Bank N.A<br><br>Description of property securing debt: 8236 Stoddard Drive Manassas Va 20110 | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☑ Retain the property and [explain]: Fraud Rescission,TILA & as a Def to FC | ☐ No<br>☑ Yes |
| Creditor's name: Undisclosed C/O M NT Bank<br><br>Description of property securing debt: 8236 Stoddard Drive Manassas Va 20110 | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☑ Retain the property and [explain]: Fraud Rescission,TILA & as a Def to FC | ☐ No<br>☑ Yes |
| Creditor's name: Wells Fargo Dealer Services<br><br>Description of property securing debt: Toyota Highlander 2007 | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☑ Retain the property and [explain]: _____ Wife is paying regularly _____ | ☐ No<br>☑ Yes |
| Creditor's name: <br><br>Description of property securing debt: | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: _____ | ☐ No<br>☐ Yes |

Debtor 1    WILLIAM        RASHIDU        YATES            Case number (if known)_____
            First Name      Middle Name      Last Name

---

**Part 2:**    **List Your Unexpired Personal Property Leases**

For any unexpired personal property lease that you listed in *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G),
fill in the information below. Do not list real estate leases. *Unexpired leases* are leases that are still in effect; the lease period has not yet
ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name: | ☐ No |
| Description of leased property: | ☐ Yes |
| Lessor's name: | ☐ No |
| Description of leased property: | ☐ Yes |
| Lessor's name: | ☐ No |
| Description of leased property: | ☐ Yes |
| Lessor's name: | ☐ No |
| Description of leased property: | ☐ Yes |
| Lessor's name: | ☐ No |
| Description of leased property: | ☐ Yes |
| Lessor's name: | ☐ No |
| Description of leased property: | ☐ Yes |
| Lessor's name: | ☐ No |
| Description of leased property: | ☐ Yes |

---

**Part 3:**    **Sign Below**

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any
personal property that is subject to an unexpired lease.

✖ William Rashidu Yates  *WRyat*                ✖ N/A
Signature of Debtor 1                            Signature of Debtor 2

Date 11/14/2018                                  Date _____
     MM / DD / YYYY                                   MM / DD / YYYY

---

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
__ALEXANDRIA__    Division

In re
WILLIAM RASHIDU YATES

Case No.

Chapter    7

Debtor(s)

**COVER SHEET FOR LIST OF CREDITORS**

I hereby certify under penalty of perjury that the master mailing list of creditors submitted either on computer diskette or by a typed hard copy in scannable format, with Request for Waiver attached, is a true, correct and complete listing to the best of my knowledge.

I further acknowledge that (1) the accuracy and completeness in preparing the creditor listing are the shared responsibility of the debtor and the debtor's attorney, (2) the court will rely on the creditor listing for all mailings, and (3) that the various schedules and statements required by the Bankruptcy Rules are not used for mailing purposes.

Master mailing list of creditors submitted via:

(a) __X__    computer diskette listing a total of __24__ creditors; or

(b) __✗__    scannable hard copy, with Request for Waiver attached,
consisting of __03__ pages, listing a total of __24__ creditors

_____
Debtor

N/A _____
Joint Debtor

Date: __11/14/2018__        *[Check if applicable]* _____ Creditor(s) with
foreign addresses included on disk/hard copy.

[diskcs ver. R-1/2003]

Rosenberg & Associates, LLC
4340 East West Highway, Suite 600
Bethesda, MD 20816

U.S. Bank National Association
One Federal St Third Floor
Boston MA 02110

Nationstar Mortgage, LLC d/b/a Mr. Cooper
8950 Cypress Waters Blvd
Coppell, TX 75019

Wells Fargo Bank NA
9062 Old Annapolis Road
Columbia, MD 21045

Commonwealth Trustees, LLC
8601 Westwood Center Ste 255
Vienna, VA 22182

American Express
P.O. BOX 981537
EL PASO, TX 79998

Bank of America
PO BOX 982235
EL PASO, TX 79998

Bloomingdales Department
PO BOX 8218
MASON, OH 45040

Macys Department
PO BOX 8218
MASON, OH 45040

M&T Bank (Home Equity)
PO BOX 900
MILLSBORO, DE 19966

Wells Fargo Dealers Service
P.O. BOX 1697
WINTERVILLE, NC 28590

Sallie Mae
PO BOX 3229
WILMINGTON, DE 19804

US Department of Education
PO BOX 5609
GREENVILLE, TX 75403

Child Support Richmond VA
730 E. BROAD ST.
RICHMOND, VA 23219

Portfolio Recovery
(Citibank NA/Sears)
120 CORPORATE BLVD STE 100
NORFOLK, VA 23502

R.A. Rogers, Inc.
(State Employees Credit Union of Maryland)
P.O. Box 3302
Crofton, MD 21114-0302

CACH LLC (Nordstrom Bank)

C/O RESURGENT CAPITAL SERVICES
PO BOX 1269
GREENVILLE, SC 29602

Portfolio Recovery
(Citibank NA/BestBuy)
120 CORPORATE BLVD STE 100
NORFOLK, VA 23502

CALVARY PORTFORLIO SERVICE
(Synchrony Bank/Lord & Taylor)
500 SUMMIT LAKE DRIVE SUITE 400
VALHALLA, NY 10595

MEDICAL DATA SYSTEMS INC
(Prince William Hospital)
1374 S BABCOCK ST
MELBOURNE, FL 32901

MEDICAL DATA SYSTEMS INC
(Haymarket Medical Center)

1374 S BABCOCK ST
MELBOURNE, FL 32901

Progressive Management Systems
(Prince William Medical Center)
1521 West Cameron Ave.
West Covina, CA 91790-2738

AR RESOURCES INC
(Emergency Medicine Associates)
POB 1056
BLUE BELL, PA 19422

Chase Card Services
P.O. Box 15292
Wilmington, DE 19886-5292

# Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

**This notice is for you if:**

**You are an individual filing for bankruptcy,** and

**Your debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

## The types of bankruptcy that are available to individuals

Individuals who meet the qualifications may file under one of four different chapters of the Bankruptcy Code:

- Chapter 7 — Liquidation
- Chapter 11 — Reorganization
- Chapter 12 — Voluntary repayment plan for family farmers or fishermen
- Chapter 13 — Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

### Chapter 7:   Liquidation

| | |
|---|---|
| $245 | filing fee |
| $75 | administrative fee |
| + $15 | trustee surcharge |
| $335 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their non-exempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

- most taxes;
- most student loans;
- domestic support and property settlement obligations;

- most fines, penalties, forfeitures, and criminal restitution obligations; and
- certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

- fraud or theft;
- fraud or defalcation while acting in breach of fiduciary capacity;
- intentional injuries that you inflicted; and
- death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A-1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A-2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A-2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

## Chapter 11: Reorganization

|   | | |
|---|---------|---------------------|
|   | $1,167  | filing fee          |
| + | $550    | administrative fee  |
|   | $1,717  | total fee           |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

## Read These Important Warnings

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Chapter 12:  Repayment plan for family farmers or fishermen

|   | $200 | filing fee |
|---|------|------------|
| + | $75  | administrative fee |
|   | $275 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

### Chapter 13:  Repayment plan for individuals with regular income

|   | $235 | filing fee |
|---|------|------------|
| + | $75  | administrative fee |
|   | $310 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

- domestic support obligations,
- most student loans,
- certain taxes,
- debts for fraud or theft,
- debts for fraud or defalcation while acting in a fiduciary capacity,
- most criminal fines and restitution obligations,
- certain debts that are not listed in your bankruptcy papers,
- certain debts for acts that caused death or personal injury, and
- certain long-term secured debts.

### Warning: File Your Forms on Time

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/forms/bankruptcy-forms

## Bankruptcy crimes have serious consequences

- If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

- All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

## Make sure the court has your mailing address

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case*. If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

## Understand which services you could receive from credit counseling agencies

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days **before** you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

In Alabama and North Carolina, go to: http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.